| Form **1120-S** | **U.S. Income Tax Return for an S Corporation** | OMB No. 1545-0123 |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service | Do not file this form unless the corporation has filed or is attaching Form 2553 to elect to be an S corporation.<br>Go to www.irs.gov/Form1120S for instructions and the latest information. | **2022** |

For calendar year 2022 or tax year beginning _____, 2022, ending _____, 20 ___

| A S election effective date<br>08/24/2010 | TYPE OR PRINT | Name<br>BAMBY EXPRESS INC | D Employer identification number<br>27-3310085 |
|---|---|---|---|
| B Business activity code number (see instructions)<br>484120 | | Number, street, and room or suite no. If a P.O. box, see instructions.<br>1217 S OLD WILKE RD, APT 409 | E Date incorporated<br>08/24/2010 |
| C Check if Sch. M-3 attached ☐ | | City or town, state or province, country, and ZIP or foreign postal code<br>ARLINGTON HEIGHTS IL 60005 | F Total assets (see instructions)<br>$ 420,817. |

G Is the corporation electing to be an S corporation beginning with this tax year? See instructions. ☐ Yes ☒ No
H Check if: (1) ☐ Final return (2) ☐ Name change (3) ☐ Address change (4) ☐ Amended return (5) ☐ S election termination
I Enter the number of shareholders who were shareholders during any part of the tax year ........ 1
J Check if corporation: (1) ☐ Aggregated activities for section 465 at-risk purposes (2) ☐ Grouped activities for section 469 passive activity purposes

**Caution:** Include only trade or business income and expenses on lines 1a through 21. See the instructions for more information.

### Income

| | | | |
|---|---|---|---|
| 1a | Gross receipts or sales .... 1a | 164,595. | |
| b | Returns and allowances .... 1b | | |
| c | Balance. Subtract line 1b from line 1a | 1c | 164,595. |
| 2 | Cost of goods sold (attach Form 1125-A) | 2 | |
| 3 | Gross profit. Subtract line 2 from line 1c | 3 | 164,595. |
| 4 | Net gain (loss) from Form 4797, line 17 (attach Form 4797) | 4 | |
| 5 | Other income (loss) (see instructions—attach statement) | 5 | |
| 6 | **Total income (loss).** Add lines 3 through 5 | 6 | 164,595. |

### Deductions (see instructions for limitations)

| | | | |
|---|---|---|---|
| 7 | Compensation of officers (see instructions—attach Form 1125-E) | 7 | 35,000. |
| 8 | Salaries and wages (less employment credits) | 8 | |
| 9 | Repairs and maintenance | 9 | 19,211. |
| 10 | Bad debts | 10 | |
| 11 | Rents | 11 | |
| 12 | Taxes and licenses | 12 | 1,835. |
| 13 | Interest (see instructions) | 13 | |
| 14 | Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | 14 | 3,218. |
| 15 | Depletion (**Do not deduct oil and gas depletion.**) | 15 | |
| 16 | Advertising | 16 | |
| 17 | Pension, profit-sharing, etc., plans | 17 | |
| 18 | Employee benefit programs | 18 | |
| 19 | Other deductions (attach statement) See Statement | 19 | 97,233. |
| 20 | **Total deductions.** Add lines 7 through 19 | 20 | 156,497. |
| 21 | **Ordinary business income (loss).** Subtract line 20 from line 6 | 21 | 8,098. |

### Tax and Payments

| | | | | |
|---|---|---|---|---|
| 22a | Excess net passive income or LIFO recapture tax (see instructions) | 22a | | |
| b | Tax from Schedule D (Form 1120-S) | 22b | | |
| c | Add lines 22a and 22b (see instructions for additional taxes) | | 22c | |
| 23a | 2022 estimated tax payments and 2021 overpayment credited to 2022 | 23a | | |
| b | Tax deposited with Form 7004 | 23b | 0. | |
| c | Credit for federal tax paid on fuels (attach Form 4136) | 23c | | |
| d | Add lines 23a through 23c | | 23d | 0. |
| 24 | Estimated tax penalty (see instructions). Check if Form 2220 is attached ☐ | | 24 | |
| 25 | **Amount owed.** If line 23d is smaller than the total of lines 22c and 24, enter amount owed | | 25 | 0. |
| 26 | **Overpayment.** If line 23d is larger than the total of lines 22c and 24, enter amount overpaid | | 26 | |
| 27 | Enter amount from line 26: **Credited to 2023 estimated tax** _____ **Refunded** | | 27 | |

**Sign Here**
Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer _____ Date _____ Title PRESIDENT

May the IRS discuss this return with the preparer shown below? See instructions. ☒ Yes ☐ No

**Paid Preparer Use Only**

| Print/Type preparer's name<br>LOU SREJOVIC EA | Preparer's signature<br>LOU SREJOVIC EA | Date<br>03/10/2023 | Check ☐ if self-employed | PTIN<br>P00026423 |
|---|---|---|---|---|
| Firm's name Srejovic Accounting Services ltd | | | Firm's EIN | 47-2495218 |
| Firm's address 2340 S River Rd Suite 208 Des Plaines IL 60018 | | | Phone no. | (773) 545-6288 |

Form 1120-S (2022) Page **2**

## Schedule B  Other Information (see instructions)

| | | Yes | No |
|---|---|---|---|
| 1 | Check accounting method: a ☒ Cash  b ☐ Accrual  c ☐ Other (specify) _____ | | |
| 2 | See the instructions and enter the:<br>a Business activity  TRUCKING    b Product or service  SERVICE | | |
| 3 | At any time during the tax year, was any shareholder of the corporation a disregarded entity, a trust, an estate, or a nominee or similar person? If "Yes," attach Schedule B-1, Information on Certain Shareholders of an S Corporation . . | | X |
| 4 | At the end of the tax year, did the corporation: | | |
| a | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total stock issued and outstanding of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage of Stock Owned | (v) If Percentage in (iv) Is 100%, Enter the Date (if applicable) a Qualified Subchapter S Subsidiary Election Was Made |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | Yes | No |
|---|---|---|---|
| b | Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below . . . . . . . . | | X |

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | Yes | No |
|---|---|---|---|
| 5a | At the end of the tax year, did the corporation have any outstanding shares of restricted stock? . . . . . . . . . . | | X |
| | If "Yes," complete lines (i) and (ii) below.<br>(i) Total shares of restricted stock . . . . . . . . . . . . . _____<br>(ii) Total shares of non-restricted stock . . . . . . . . . . . _____ | | |
| b | At the end of the tax year, did the corporation have any outstanding stock options, warrants, or similar instruments? . | | X |
| | If "Yes," complete lines (i) and (ii) below.<br>(i) Total shares of stock outstanding at the end of the tax year . . _____<br>(ii) Total shares of stock outstanding if all instruments were executed  _____ | | |
| 6 | Has this corporation filed, or is it required to file, **Form 8918**, Material Advisor Disclosure Statement, to provide information on any reportable transaction? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| 7 | Check this box if the corporation issued publicly offered debt instruments with original issue discount . . . . . ☐ | | |
| | If checked, the corporation may have to file **Form 8281**, Information Return for Publicly Offered Original Issue Discount Instruments. | | |
| 8 | If the corporation (a) was a C corporation before it elected to be an S corporation or the corporation acquired an asset with a basis determined by reference to the basis of the asset (or the basis of any other property) in the hands of a C corporation, **and** (b) has net unrealized built-in gain in excess of the net recognized built-in gain from prior years, enter the net unrealized built-in gain reduced by net recognized built-in gain from prior years. See instructions . . . . . . . $ _____ | | |
| 9 | Did the corporation have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| 10 | Does the corporation satisfy one or more of the following? See instructions . . . . . . . . . . . . . . . . . . | | X |
| a | The corporation owns a pass-through entity with current, or prior year carryover, excess business interest expense. | | |
| b | The corporation's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $27 million and the corporation has business interest expense. | | |
| c | The corporation is a tax shelter and the corporation has business interest expense. | | |
| | If "Yes," complete and attach **Form 8990**, Limitation on Business Interest Expense Under Section 163(j). | | |
| 11 | Does the corporation satisfy **both** of the following conditions? . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| a | The corporation's total receipts (see instructions) for the tax year were less than $250,000. | | |
| b | The corporation's total assets at the end of the tax year were less than $250,000. | | |
| | If "Yes," the corporation is not required to complete Schedules L and M-1. | | |

Form 1120-S (2022) Page **3**

### Schedule B — Other Information (see instructions) *(continued)*

| | | Yes | No |
|---|---|---|---|
| 12 | During the tax year, did the corporation have any non-shareholder debt that was canceled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? | | X |
| | If "Yes," enter the amount of principal reduction . . . $ | | |
| 13 | During the tax year, was a qualified subchapter S subsidiary election terminated or revoked? If "Yes," see instructions . | | X |
| 14a | Did the corporation make any payments in 2022 that would require it to file Form(s) 1099? | | X |
| b | If "Yes," did or will the corporation file required Form(s) 1099? . | | |
| 15 | Is the corporation attaching Form 8996 to certify as a Qualified Opportunity Fund? | | X |
| | If "Yes," enter the amount from Form 8996, line 15 . . . $ | | |

### Schedule K — Shareholders' Pro Rata Share Items

| | | | Total amount |
|---|---|---|---|
| Income (Loss) | 1 | Ordinary business income (loss) (page 1, line 21) | 1 | 8,098. |
| | 2 | Net rental real estate income (loss) (attach Form 8825) | 2 | |
| | 3a | Other gross rental income (loss) . . . 3a | | |
| | b | Expenses from other rental activities (attach statement) . . . 3b | | |
| | c | Other net rental income (loss). Subtract line 3b from line 3a | 3c | |
| | 4 | Interest income | 4 | |
| | 5 | Dividends: a Ordinary dividends | 5a | |
| | | b Qualified dividends . . . 5b | | |
| | 6 | Royalties | 6 | |
| | 7 | Net short-term capital gain (loss) (attach Schedule D (Form 1120-S)) | 7 | |
| | 8a | Net long-term capital gain (loss) (attach Schedule D (Form 1120-S)) | 8a | |
| | b | Collectibles (28%) gain (loss) . . . 8b | | |
| | c | Unrecaptured section 1250 gain (attach statement) . . . 8c | | |
| | 9 | Net section 1231 gain (loss) (attach Form 4797) | 9 | |
| | 10 | Other income (loss) (see instructions) . . . Type: | 10 | |
| Deductions | 11 | Section 179 deduction (attach Form 4562) | 11 | |
| | 12a | Charitable contributions | 12a | |
| | b | Investment interest expense | 12b | |
| | c | Section 59(e)(2) expenditures . . . Type: | 12c | |
| | d | Other deductions (see instructions) . . . Type: | 12d | |
| Credits | 13a | Low-income housing credit (section 42(j)(5)) | 13a | |
| | b | Low-income housing credit (other) | 13b | |
| | c | Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable) | 13c | |
| | d | Other rental real estate credits (see instructions) Type: | 13d | |
| | e | Other rental credits (see instructions) . . . Type: | 13e | |
| | f | Biofuel producer credit (attach Form 6478) | 13f | |
| | g | Other credits (see instructions) . . . Type: | 13g | |
| International | 14 | Attach Schedule K-2 (Form 1120-S), Shareholders' Pro Rata Share Items—International, and check this box to indicate you are reporting items of international tax relevance . . . ☐ | | |
| Alternative Minimum Tax (AMT) Items | 15a | Post-1986 depreciation adjustment | 15a | -1,605. |
| | b | Adjusted gain or loss | 15b | |
| | c | Depletion (other than oil and gas) | 15c | |
| | d | Oil, gas, and geothermal properties—gross income | 15d | |
| | e | Oil, gas, and geothermal properties—deductions | 15e | |
| | f | Other AMT items (attach statement) | 15f | |
| Items Affecting Shareholder Basis | 16a | Tax-exempt interest income | 16a | |
| | b | Other tax-exempt income | 16b | |
| | c | Nondeductible expenses | 16c | |
| | d | Distributions (attach statement if required) (see instructions) | 16d | 8,000. |
| | e | Repayment of loans from shareholders | 16e | |
| | f | Foreign taxes paid or accrued | 16f | |

REV 03/02/23 PRO                                              Form **1120-S** (2022)

Form 1120-S (2022) Page **4**

### Schedule K — Shareholders' Pro Rata Share Items *(continued)*

| | | Total amount |
|---|---|---|
| **Other Information** | 17a Investment income | 17a |
| | b Investment expenses | 17b |
| | c Dividend distributions paid from accumulated earnings and profits | 17c 0. |
| | d Other items and amounts (attach statement) ** SEC 199A INFO: SEE STMT A | |
| **Reconciliation** | 18 Income (loss) reconciliation. Combine the amounts on lines 1 through 10 in the far right column. From the result, subtract the sum of the amounts on lines 11 through 12d and 16f | 18 8,098. |

### Schedule L — Balance Sheets per Books

| | | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|---|
| | Assets | (a) | (b) | (c) | (d) |
| 1 | Cash | | 417,501. | | 420,817. |
| 2a | Trade notes and accounts receivable | | | | |
| b | Less allowance for bad debts | ( ) | | ( ) | |
| 3 | Inventories | | | | |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities (see instructions) | | | | |
| 6 | Other current assets (attach statement) | | | | |
| 7 | Loans to shareholders | | | | |
| 8 | Mortgage and real estate loans | | | | |
| 9 | Other investments (attach statement) | | | | |
| 10a | Buildings and other depreciable assets | 119,600. | | 119,600. | |
| b | Less accumulated depreciation | ( 116,382.) | 3,218. | ( 119,600.) | 0. |
| 11a | Depletable assets | | | | |
| b | Less accumulated depletion | ( ) | | ( ) | |
| 12 | Land (net of any amortization) | | | | |
| 13a | Intangible assets (amortizable only) | | | | |
| b | Less accumulated amortization | ( ) | | ( ) | |
| 14 | Other assets (attach statement) | | | | |
| 15 | Total assets | | 420,719. | | 420,817. |
| | **Liabilities and Shareholders' Equity** | | | | |
| 16 | Accounts payable | | | | |
| 17 | Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 | Other current liabilities (attach statement) | | | | |
| 19 | Loans from shareholders | | | | |
| 20 | Mortgages, notes, bonds payable in 1 year or more | | 410,000. | | 410,000. |
| 21 | Other liabilities (attach statement) | | | | |
| 22 | Capital stock | | | | |
| 23 | Additional paid-in capital | | | | |
| 24 | Retained earnings | | 10,719. | | 10,817. |
| 25 | Adjustments to shareholders' equity (attach statement) | | | | |
| 26 | Less cost of treasury stock | | ( ) | | ( ) |
| 27 | Total liabilities and shareholders' equity | | 420,719. | | 420,817. |

REV 03/02/23 PRO

Form **1120-S** (2022)

Form 1120-S (2022) Page 5

### Schedule M-1 — Reconciliation of Income (Loss) per Books With Income (Loss) per Return

Note: The corporation may be required to file Schedule M-3. See instructions.

| | | | | | |
|---|---|---|---|---|---|
| 1 | Net income (loss) per books | 8,098. | 5 | Income recorded on books this year not included on Schedule K, lines 1 through 10 (itemize): | |
| 2 | Income included on Schedule K, lines 1, 2, 3c, 4, 5a, 6, 7, 8a, 9, and 10, not recorded on books this year (itemize) | | a | Tax-exempt interest $ | |
| 3 | Expenses recorded on books this year not included on Schedule K, lines 1 through 12, and 16f (itemize): | | 6 | Deductions included on Schedule K, lines 1 through 12, and 16f, not charged against book income this year (itemize): | |
| a | Depreciation $ | | a | Depreciation $ | |
| b | Travel and entertainment $ | | 7 | Add lines 5 and 6 | |
| 4 | Add lines 1 through 3 | 8,098. | 8 | Income (loss) (Schedule K, line 18). Subtract line 7 from line 4 | 8,098. |

### Schedule M-2 — Analysis of Accumulated Adjustments Account, Shareholders' Undistributed Taxable Income Previously Taxed, Accumulated Earnings and Profits, and Other Adjustments Account (see instructions)

| | | (a) Accumulated adjustments account | (b) Shareholders' undistributed taxable income previously taxed | (c) Accumulated earnings and profits | (d) Other adjustments account |
|---|---|---|---|---|---|
| 1 | Balance at beginning of tax year | 22,663. | 0. | 0. | 0. |
| 2 | Ordinary income from page 1, line 21 | 8,098. | | | |
| 3 | Other additions | | | | |
| 4 | Loss from page 1, line 21 | ( ) | | | |
| 5 | Other reductions | ( ) | | | ( ) |
| 6 | Combine lines 1 through 5 | 30,761. | 0. | 0. | 0. |
| 7 | Distributions | 8,000. | 0. | 0. | 0. |
| 8 | Balance at end of tax year. Subtract line 7 from line 6 | 22,761. | 0. | 0. | 0. |

REV 03/02/23 PRO                                                                        Form **1120-S** (2022)

671121

☐ Final K-1  ☐ Amended K-1  OMB No. 1545-0123

**Schedule K-1 (Form 1120-S)**
Department of the Treasury
Internal Revenue Service

**2022**
For calendar year 2022, or tax year

beginning  /  / 2022   ending  /  /

## Shareholder's Share of Income, Deductions, Credits, etc.
See separate instructions.

### Part I  Information About the Corporation

A  Corporation's employer identification number
27-3310085

B  Corporation's name, address, city, state, and ZIP code
BAMBY EXPRESS INC

1217 S OLD WILKE RD, APT 409
ARLINGTON HEIGHTS IL 60005

C  IRS Center where corporation filed return
Kansas City, MO  64999-0013

D  Corporation's total number of shares
  Beginning of tax year
  End of tax year

### Part II  Information About the Shareholder

E  Shareholder's identifying number

F  Shareholder's name, address, city, state, and ZIP code
DUSAN CIRKOVIC

1217 S OLD WILKE RD APT 409
ARLINGTON HEIGHTS IL 60005

G  Current year allocation percentage . . .  100.00000 %

H  Shareholder's number of shares
  Beginning of tax year
  End of tax year

I  Loans from shareholder
  Beginning of tax year . . . . . $
  End of tax year . . . . . . . $

*For IRS Use Only*

### Part III  Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items

| Box | Description | Amount |
|---|---|---|
| 1 | Ordinary business income (loss) | 8,098. |
| 2 | Net rental real estate income (loss) | |
| 3 | Other net rental income (loss) | |
| 4 | Interest income | |
| 5a | Ordinary dividends | |
| 5b | Qualified dividends | |
| 6 | Royalties | |
| 7 | Net short-term capital gain (loss) | |
| 8a | Net long-term capital gain (loss) | |
| 8b | Collectibles (28%) gain (loss) | |
| 8c | Unrecaptured section 1250 gain | |
| 9 | Net section 1231 gain (loss) | |
| 10 | Other income (loss) | |
| 11 | Section 179 deduction | |
| 12 | Other deductions | |
| 13 | Credits | |
| 14 | Schedule K-3 is attached if checked . . . . ☐ | |
| 15 | Alternative minimum tax (AMT) items   A | -1,605. |
| 16 | Items affecting shareholder basis   D | 8,000. |
| 17 | Other information   V * STMT | |
| 18 | ☐ More than one activity for at-risk purposes* | |
| 19 | ☐ More than one activity for passive activity purposes* | |

## Statement A—QBI Pass-through Entity Reporting

| Corporation's name: BAMBY EXPRESS INC | | Corporation's EIN: 27-3310085 | |
|---|---|---|---|
| Shareholder's name: DUSAN CIRKOVIC | | Shareholder's identifying no: ████ | |

| Shareholder's share of: | 1120S, Line 21<br>☐ PTP ☐ Aggregated ☐ SSTB | ☐ PTP ☐ Aggregated ☐ SSTB | ☐ PTP ☐ Aggregated ☐ SSTB |
|---|---|---|---|
| **QBI or qualified PTP items subject to shareholder-specific determinations:** | | | |
| Ordinary business income (loss) | 8,098. | | |
| Rental income (loss) | | | |
| Royalty income (loss) | | | |
| Section 1231 gain (loss) | | | |
| Other income (loss) | | | |
| Section 179 deduction | | | |
| Other deductions | | | |
| W-2 wages | 35,000. | | |
| UBIA of qualified property | 119,600. | | |
| Section 199A dividends | | | |

## Statement A—QBI Pass-through Entity Reporting

| Corporation's name: | | Corporation's EIN: | |
|---|---|---|---|
| Shareholder's name: | | Shareholder's identifying no: | |

| Shareholder's share of: | ☐ PTP ☐ Aggregated ☐ SSTB | ☐ PTP ☐ Aggregated ☐ SSTB | ☐ PTP ☐ Aggregated ☐ SSTB |
|---|---|---|---|
| **QBI or qualified PTP items subject to shareholder-specific determinations:** | | | |
| Ordinary business income (loss) | | | |
| Rental income (loss) | | | |
| Royalty income (loss) | | | |
| Section 1231 gain (loss) | | | |
| Other income (loss) | | | |
| Section 179 deduction | | | |
| Other deductions | | | |
| W-2 wages | | | |
| UBIA of qualified property | | | |
| Section 199A dividends | | | |

REV 03/02/23 PRO

| Form 1120S | 199A Statement A Summary | 2022 |
|---|---|---|

QuickZoom to Other Copy _____                                      Page 1

Corporation's Name: BAMBY EXPRESS INC          Corporation's EIN: 27-3310085

|  | 1120S, Line 21<br>☐ PTP<br>☐ Aggregated<br>☐ SSTB | ☐ PTP<br>☐ Aggregated<br>☐ SSTB | ☐ PTP<br>☐ Aggregated<br>☐ SSTB |
|---|---|---|---|
| **Shareholder's share of:**<br>QBI or qualified PTP items subject to shareholder-specific determinations: | | | |
| Ordinary business inc (loss) | 8,098. | | |
| Rental income (loss) | | | |
| Royalty income (loss) | | | |
| Section 1231 gain (loss) | | | |
| Other income (loss) | | | |
| Section 179 deduction | | | |
| Other deductions | | | |
| W-2 wages | 35,000. | | |
| UBIA of qualified property | 119,600. | | |
| Qualified REIT dividends | | | |

| Corporation's Name: _____ | Corporation's EIN: _____ |
|---|---|

|  | ☐ PTP<br>☐ Aggregated<br>☐ SSTB | ☐ PTP<br>☐ Aggregated<br>☐ SSTB | ☐ PTP<br>☐ Aggregated<br>☐ SSTB |
|---|---|---|---|
| **Shareholder's share of:**<br>QBI or qualified PTP items subject to shareholder-specific determinations: | | | |
| Ordinary business inc (loss) . | _____ | _____ | _____ |
| Rental income (loss) . . . . . | _____ | _____ | _____ |
| Royalty income (loss) . . . . . | _____ | _____ | _____ |
| Section 1231 gain (loss) . . . | _____ | _____ | _____ |
| Other income (loss) . . . . . . | _____ | _____ | _____ |
| Section 179 deduction . . . . | _____ | _____ | _____ |
| Other deductions . . . . . . . | _____ | _____ | _____ |
| W-2 wages . . . . . . . . . . . | _____ | _____ | _____ |
| UBIA of qualified property . . . | _____ | _____ | _____ |
| Qualified REIT dividends . . . . | _____ | | |

spsw9907.SCR   12/14/19

# 199A Worksheet by Activity                                    2022

► Keep for your records

| Corporation's name | Corporation's EIN |
|---|---|
| BAMBY EXPRESS INC | 27-3310085 |

QuickZoom to 199A Summary .... ► _____

Aggregation Code: ____

Trade or Business: 1120S, Line 21
EIN: 27-3310085

Is this activity a qualified trade/business? ......... [X] Yes [ ] No
Specified Service Trade or Business? .......... [ ] Yes [X] No

**QBI or qualified PTP items subject to shareholder-specific determinations:**

| | | | |
|---|---|---|---|
| 1 a | Ordinary business income (loss) .......... 1 a | 8,098. | |
| b | Adjustments ............................ b | | |
| c | Adjusted ordinary business income (loss) ................ | 1 c | 8,098. |
| 2 a | Rental income (loss) ..................... 2 a | | |
| b | Adjustments ............................ b | | |
| c | Adjusted rental income (loss) ......................... | 2 c | |
| 3 a | Royalty income (loss) .................... 3 a | | |
| b | Adjustments ............................ b | | |
| c | Adjusted royalty income (loss) ........................ | 3 c | |
| 4 a | Section 1231 gain (loss) .................. 4 a | | |
| b | Adjustments ............................ b | | |
| c | Adjusted section 1231 gain (loss) ...................... | 4 c | |
| 5 | Other income (loss) ................................... | 5 | |
| 6 a | Section 179 deduction ................... 6 a | | |
| b | Adjustments ............................ b | | |
| c | Adjusted section 179 deduction ........................ | 6 c | |
| 7 | Other deductions ..................................... | 7 | |
| 8 a | W-2 wages ........................... 8 a | 35,000. | |
| b | Adjustments ............................ b | | |
| c | Adjusted W-2 Wages .................................. | 8 c | 35,000. |
| 9 a | UBIA of qualified property ............... 9 a | 119,600. | |
| b | Adjustments ............................ b | | |
| c | Adjusted UBIA of qualified property ..................... | 9 c | 119,600. |

## Section 179 Carryover Detail for this Activity

|  | Section 179 Regular Tax | Section 179 QBI |
|---|---|---|
| Tentative Section 179 deduction from current year assets |  |  |
| **Part I: Prior Year Carryovers by Year and Category** |  |  |
| A  Before 2018 |  | 0. |
| B  2018 |  | 0. |
| C  2019 | 0. | 0. |
| D  2020 |  |  |
| E  2021 |  |  |
| Total prior year carryovers to this year |  |  |

| Part II: 179 Deduction Allowed by Year and Category | Section 179 Regular Tax | Section 179 QBI |
|---|---|---|
| Total 179 deduction allowed for this activity in current year |  |  |
| A  Amount allowed from 2022 |  |  |
| B  Amount allowed from before 2018 |  |  |
| C  Amount allowed from 2018 |  |  |
| D  Amount allowed from 2019 |  |  |
| E  Amount allowed from 2020 |  |  |
| F  Amount allowed from 2021 |  |  |

| Part III: Total Carryforward to 2023 by Year and Category | Section 179 Regular Tax | Section 179 QBI |
|---|---|---|
| A  Carryforward from 2022 |  |  |
| B  Carryforward from before 2018 |  |  |
| C  Carryforward from 2018 |  | 0. |
| D  Carryforward from 2019 | 0. | 0. |
| E  Carryforward from 2020 |  |  |
| F  Carryforward from 2021 |  |  |
| Total carryforward to next year | 0. | 0. |

spsw9906.SCR  09/22/22

BAMBY EXPRESS INC                                                27-3310085                    1

# Additional Information From 2022 US Form 1120S: Income Tax Return for S Corp

Form 1120S: S-Corporation Tax Return
Gross Sales                                                           Itemization Statement

| Description | Amount |
|---|---|
| GROSS TRUCKING INCOME | 164,595. |
| Total | 164,595. |

Form 1120S: S-Corporation Tax Return
Other Deductions                                                      Continuation Statement

| Description | Amount |
|---|---|
| COMMISSIONS | 5,981. |
| INSURANCE | 11,404. |
| LEGAL AND PROFESSIONAL | 620. |
| MEALS (100%) | 15,939. |
| SUPPLIES | 2,288. |
| TELEPHONE | 1,643. |
| FUEL | 48,788. |
| TOLLS | 2,395. |
| PLATES | 2,435. |
| PARKING | 5,200. |
| SCALE | 540. |
| Total | 97,233. |

SMART WORKSHEET FOR: Form 1120S: S-Corporation Tax Return
Other Misc Taxes                                                      Itemization Statement

| Description | Amount |
|---|---|
| HIGHWAY USE TAX | 550. |
| FUEL TAX | 1,285. |
| Total | 1,835. |



**Illinois Department of Revenue**
# 2022 Form IL-1120-ST
Small Business Corporation Replacement Tax Return
Due on or before the 15th day of the 3rd month following the close of the tax year.

| If this return is not for calendar year 2022, enter your fiscal tax year here. | Enter the amount you are paying. |
|---|---|
| Tax year beginning ___ ___ 20___, ending ___ ___ 20___<br>  month  day   year           month  day   year<br>This form is for tax years ending on or after December 31, 2022, and before December 31, 2023.<br>For all other situations, see instructions to determine the correct form to use. | $ _____ 121. |

**Step 1: Identify your small business corporation**

A  Enter your complete legal business name.
   If you have a name change, check this box. ☐
   Name: BAMBY EXPRESS INC

B  Enter your mailing address.
   Check this box if either of the following apply:
   • this is your **first return**, or
   • you have an **address change**.  ☐
   C/O: _____
   Mailing address: 1217 S OLD WILKE RD, APT 409
   City: ARLINGTON HEIGHTS   State: IL   ZIP: 60005

C  If this is the first or final return, check the applicable box(es).
   ☐ First return
   ☐ Final return (Enter the date of termination. ___ ___ _____ )
                                                    mm  dd   yyyy

D  If this is a final return because you sold this business, enter the date sold
   (mm dd yyyy) ___ ___ _____ , and the new owner's FEIN
   ___ ___ - ___ ___ ___ ___ ___ ___ ___

E  **Apportionment Formulas.** Check the appropriate box or boxes and see the Apportionment Formula instructions.
   ☐ Financial organizations         ☐ Transportation companies
   ☐ Federally regulated exchanges   ☐ Sales companies

F  Check this box if you attached Form IL-4562.  ☐
G  Check this box if you attached Illinois Schedule M (for businesses).  ☐
H  Check this box if you attached Schedule 80/20.  ☐
I  Check this box if you attached Schedule 1299-A.  ☐
J  Check this box if you attached the Subgroup Schedule.  ☐
K  Check this box if you are a 52/53 week filer.  ☐
L  Check this box if you elected to file and pay Pass-through Entity Tax. See instructions.  ☐
M  If you are paying Pass-through Entity Tax and you annualized your income on Form IL-2220, check this box and **attach** Form IL-2220.  ☐

N  Enter your federal employer identification number (FEIN).
   2 7 - 3 3 1 0 0 8 5

O  ☐ Check this box if you are a member of a unitary business group and enter the FEIN of the member who prepared the Schedule UB, Combined Apportionment for Unitary Business Group. Attach Schedule UB to this return.
   ___ ___ - ___ ___ ___ ___ ___ ___ ___

P  Enter your North American Industry Classification System (NAICS) Code. See instructions.
   4  8  4  1  2  0

Q  Enter your Illinois corporate file (charter) number issued by the Secretary of State.
   67552741

R  Enter the city, state, and zip code where your accounting records are kept. (Use the two-letter postal abbreviation, e.g., IL, GA, etc.)
   ARLINGTON HTS,  IL  60005
   City                State    ZIP

S  If you are making the business income election to treat all nonbusiness income as business income, check this box and enter zero on Lines 36 and 44.  ☐

T  If you have completed the following, check the box and **attach** the federal form(s) to this return.
   ☐ Federal Form 8886    ☐ Federal Sch. M-3, Part II, Line 10

U  If you are making a discharge of indebtedness adjustment on Schedule NLD or Form IL-1120-ST, Line 48, check this box and **attach** federal Form 982.  ☐

V  Check this box if your business activity is protected under Public Law 86-272.  ☐

**Step 2: Figure your ordinary income or loss** (Whole dollars only)

| | |
|---|---|
| 1  Ordinary income or loss, or equivalent from federal Schedule K. | 1 _____ 8,098.00 |
| 2  Net income or loss from all rental real estate activities. | 2 _____ .00 |
| 3  Net income or loss from other rental activities. | 3 _____ .00 |
| 4  Portfolio income or loss. | 4 _____ .00 |
| 5  Net IRC Section 1231 gain or loss. | 5 _____ .00 |
| 6  All other items of income or loss that were not included in the computation of income or loss on Page 1 of U.S. Form 1120-S. See instructions. Identify: _____ | 6 _____ .00 |
| 7  Add Lines 1 through 6. This is your ordinary income or loss. | 7 _____ 8,098.00 |

**Step 3: Figure your unmodified base income or loss**

| | |
|---|---|
| 8  Charitable contributions. | 8 _____ .00 |
| 9  Expense deduction under IRC Section 179. | 9 _____ .00 |
| 10 Interest on investment indebtedness. | 10 _____ .00 |
| 11 All other items of expense that were not deducted in the computation of ordinary income or loss on Page 1 of U.S. Form 1120-S. See instructions. Identify: _____ | 11 _____ .00 |
| 12 Add Lines 8 through 11. | 12 _____ .00 |
| 13 Subtract Line 12 from Line 7. This amount is your total unmodified base income or loss. | 13 _____ 8,098.00 |

**Step 4: Figure your income or loss**

| | | |
|---|---|---|
| 14 | Enter the amount from Line 13. **Unitary filers,** enter the amount from Schedule UB, Step 2, Col E, Line 30. | 14 _____8,098_.00 |
| 15 | State, municipal, and other interest income excluded from Line 14. | 15 _____.00 |
| 16 | Illinois taxes and surcharge deducted in arriving at Line 14. See instructions. | 16 _____.00 |
| 17 | Illinois Special Depreciation addition. **Attach** Form IL-4562. | 17 _____.00 |
| 18 | Related-Party Expenses addition. **Attach** Schedule 80/20. | 18 _____.00 |
| 19 | Distributive share of additions. **Attach** Schedule(s) K-1-P or K-1-T. | 19 _____.00 |
| 20 | The amount of loss distributable to a shareholder subject to replacement tax. **Attach** Schedule B. | 20 _____.00 |
| 21 | Other additions. **Attach** Illinois Schedule M (for businesses). | 21 _____.00 |
| 22 | Add Lines 14 through 21. This amount is your income or loss. | 22 _____8,098_.00 |

**Step 5: Figure your base income or loss**

| | | |
|---|---|---|
| 23 | Interest income from U.S. Treasury or other exempt federal obligations. | 23 _____.00 |
| 24 | Share of income distributable to a shareholder subject to replacement tax. **Attach** Schedule B. | 24 _____.00 |
| 25 | River Edge Redevelopment Zone Dividend subtraction. **Attach** Schedule 1299-A. | 25 _____.00 |
| 26 | River Edge Redevelopment Zone Interest subtraction. **Attach** Schedule 1299-A. | 26 _____.00 |
| 27 | High Impact Business Dividend subtraction. **Attach** Schedule 1299-A. | 27 _____.00 |
| 28 | High Impact Business Interest subtraction. **Attach** Schedule 1299-A. | 28 _____.00 |
| 29 | Contribution subtraction. **Attach** Schedule 1299-A. | 29 _____.00 |
| 30 | Illinois Special Depreciation subtraction. **Attach** Form IL-4562. | 30 _____.00 |
| 31 | Related-Party Expenses subtraction. **Attach** Schedule 80/20. | 31 _____.00 |
| 32 | Distributive share of subtractions. **Attach** Schedule(s) K-1-P or K-1-T. | 32 _____.00 |
| 33 | Other subtractions. **Attach** Schedule M (for businesses). | 33 _____.00 |
| 34 | Total subtractions. Add Lines 23 through 33. | 34 _____.00 |
| 35 | **Base income or loss.** Subtract Line 34 from Line 22. | 35 _____8,098_.00 |



| | |
|---|---|
| **A** If the amount on Line 35 is derived inside Illinois only, check this box and enter the amount from Step 5, Line 35 on Step 7, Line 47. You may not complete Step 6. (You must leave Step 6, Lines 36 through 46 blank.) **Note→** If you are a unitary filer, do not check this box. Check the box on Line B and complete Step 6. | ☒ |
| **B** If any portion of the amount on Line 35 is derived outside Illinois, or you are a unitary filer, check this box and complete **all lines** of Step 6. (Do not leave Lines 40 through 42 blank.) See instructions. | ☐ |

**Step 6: Figure your income allocable to Illinois** (Complete only if you checked the box on Line B, above.)

| | | |
|---|---|---|
| 36 | Nonbusiness income or loss. **Attach** Schedule NB. | 36 _____.00 |
| 37 | Business income or loss included in Line 35 from non-unitary partnerships, partnerships included on a Schedule UB, S corporations, trusts, or estates. See instructions. | 37 _____.00 |
| 38 | Add Lines 36 and 37. | 38 _____.00 |
| 39 | Business income or loss. Subtract Line 38 from Line 35. | 39 _____.00 |
| 40 | Total sales everywhere. This amount cannot be negative. | 40 _____ |
| 41 | Total sales inside Illinois. This amount cannot be negative. | 41 _____ |
| 42 | Apportionment factor. Divide Line 41 by Line 40. Round to six decimal places. | 42 ._____ |
| 43 | Business income or loss apportionable to Illinois. Multiply Line 39 by Line 42. | 43 _____.00 |
| 44 | Nonbusiness income or loss allocable to Illinois. **Attach** Schedule NB. | 44 _____.00 |
| 45 | Business income or loss apportionable to Illinois from non-unitary partnerships, partnerships included on a Schedule UB, S corporations, trusts, or estates. See instructions. | 45 _____.00 |
| 46 | Base income or loss allocable to Illinois. Add Lines 43 through 45. | 46 _____.00 |

## Step 7: Figure your net income

| | | | |
|---|---|---|---:|
| 47 | Base income or net loss from Step 5, Line 35, or Step 6, Line 46. | 47 | 8,098.00 |
| 48 | Discharge of indebtedness adjustment. **Attach** federal Form 982. See instructions. | 48 | 0.00 |
| 49 | Adjusted base income or net loss. Add Lines 47 and 48. | 49 | 8,098.00 |
| 50 | Illinois net loss deduction. If Line 49 is zero or a negative amount, enter zero. **Attach** Schedule NLD. Check this box and attach a detailed statement if you have merged losses. ◈ ☐ ◈ | 50 | .00 |
| 51 | **Net income.** Subtract Line 50 from Line 49. | 51 | 8,098.00 |

## Step 8: Figure the taxes, surcharges, pass-through withholding, and penalty you owe

| | | | |
|---|---|---|---:|
| 52 | Replacement tax. Multiply Line 51 by 1.5% (.015). | 52 | 121.00 |
| 53 | Recapture of investment credits. **Attach** Schedule 4255. | 53 | .00 |
| 54 | Replacement tax before investment credits. Add Lines 52 and 53. | 54 | 121.00 |
| 55 | Investment credits. **Attach** Form IL-477. | 55 | .00 |
| 56 | **Net replacement tax.** Subtract Line 55 from Line 54. If the amount is negative, enter zero. | 56 | 121.00 |
| 57 | Compassionate Use of Medical Cannabis Program Act surcharge. See instructions. | 57 | .00 |
| 58 | Sale of assets by gaming licensee surcharge. See instructions. | 58 | .00 |
| 59 | Pass-through withholding you owe on behalf of your members. Enter the amount from Schedule B, Section A, Line 5. See instructions. **Attach** Schedule B. | 59 | 0.00 |
| 60 | Pass-through entity income. See instructions. ◈60 _____.00 ◈ | | |
| 61 | Pass-through entity tax. Multiply Line 60 by 4.95% (.0495). | 61 | .00 |
| 62 | **Total net replacement tax, surcharges, pass-through withholding, and pass-through entity tax you owe.** Add Lines 56, 57, 58, 59, and 61. | 62 | 121.00 |
| 63 | Underpayment of estimated tax penalty from Form IL-2220. See instructions. | 63 | .00 |
| 64 | **Total taxes, surcharges, pass-through withholding, and penalty.** Add Lines 62 and 63. | 64 | 121.00 |

## Step 9: Figure your refund or balance due

| | | | | |
|---|---|---|---|---:|
| 65 | Payments. See instructions. | | | |
| | a | Credit from previous overpayments. | 65a | .00 |
| | b | Total payments made before the date this return is filed. | 65b | .00 |
| | c | Pass-through withholding reported to you. **Attach** Schedule(s) K-1-P or K-1-T. | 65c | .00 |
| | d | Illinois income tax withholding. **Attach** Form(s) W-2G. | 65d | .00 |
| 66 | Total payments. Add Lines 65a through 65d. | | 66 | .00 |
| 67 | Overpayment. If Line 66 is greater than Line 64, subtract Line 64 from Line 66. | | 67 | .00 |
| 68 | Amount to be **credited forward.** See instructions. Check this box and attach a detailed statement if this carryforward is going to a different FEIN. ◈ ☐ ◈ | | 68 | .00 ◈ |
| 69 | **Refund.** Subtract Line 68 from Line 67. This is the amount to be refunded. | | 69 | .00 |
| 70 | Complete to direct deposit your refund<br>Routing Number [ ][ ][ ][ ][ ][ ][ ][ ][ ]   ☐ Checking or ☐ Savings<br>Account Number [ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ] | | | |
| 71 | **Tax Due.** If Line 64 is greater than Line 66 subtract Line 66 from Line 64. This is the amount you owe. | | 71 | 121.00 |

≡Special Note→ Enter the amount of your payment on the top of Page 1 in the space provided.

## Step 10: Sign below - Under penalties of perjury, I state that I have examined this return and, to the best of my knowledge, it is true, correct, and complete.

| Sign Here | | 03/10/2023 | PRESIDENT | (630) 589-6277 | ☐ Check if the Department may discuss this return with the paid preparer shown in this step. |
|---|---|---|---|---|---|
| | Signature of authorized officer | Date (mm/dd/yyyy) | Title | Phone | |

| Paid Preparer Use Only | LOU SREJOVIC EA | LOU SREJOVIC EA | 03/10/2023 | ☐ Check if self-employed | P00026423 |
|---|---|---|---|---|---|
| | Print/Type paid preparer's name | Paid preparer's signature | Date (mm/dd/yyyy) | | Paid Preparer's PTIN |
| | Firm's name ▶ Srejovic Accounting Services ltd | | | Firm's FEIN ▶ | 472495218 |
| | Firm's address ▶ 2340 S River Rd Suite 208, Des Plaines, IL 60018 | | | Firm's phone ▶ | (773) 545-6288 |



Illinois Department of Revenue

# 2022 Schedule B
**Partners' or Shareholders' Information**
Attach to your Form IL-1065 or Form IL-1120-ST.

Year ending

12   2022
Month  Year

IL Attachment No. 1

BAMBY EXPRESS INC
Enter your name as shown on your Form IL-1065 or Form IL-1120-ST.

27-3310085
Enter your federal employer identification number (FEIN).

## Read this information first
- You must read the Schedule B instructions and complete Schedule(s) K-1-P and Schedule(s) K-1-P(3) before completing this schedule.
- You must complete Section B of Schedule B and provide all the required information for your partners or shareholders before completing Section A of Schedule B.

=Note=→ Failure to follow these instructions may delay the processing of your return or result in you receiving further correspondence from the Illinois Department of Revenue. You may also be required to submit further information to support your filing.

## Section A: Total members' information (from Schedule(s) K-1-P and Schedule B, Section B)

Before completing this section you must first complete Schedule(s) K-1-P, Schedule(s) K-1-P(3) and Schedule B, Section B. You will use the amounts from those schedules when completing this section.

**Totals for resident and nonresident partners or shareholders (from Schedule(s) K-1-P and Schedule B, Section B)**

1. Enter the total of all nonbusiness income or loss you reported on Schedule(s) K-1-P for your members. See instructions.    1 _____

2. Enter the total of all income and replacement tax credits you reported on Schedule(s) K-1-P for your members. See instructions.    2 _____

3. Add the amounts shown on Schedule B, Section B, Line E for all partners or shareholders on all pages for which you have checked the box indicating the entity is subject to Illinois replacement tax or an ESOP. Enter the total here. See instructions.    3 _____

**Totals for nonresident partners or shareholders only (from Schedule B, Section B)**

4. Enter the total pass-through withholding you reported on all pages of your Schedule B, Section B, Line J for your

     a. nonresident individual members. See instructions.    4a _____ 0

     b. nonresident estate members. See instructions.    4b _____

     c. partnership and S corporation members. See instructions.    4c _____

     d. nonresident trust members. See instructions.    4d _____

     e. C corporation members. See instructions.    4e _____

5. Add Line 4a through Line 4e. This is the total pass-through withholding you owe on behalf of all your nonresident partners or shareholders. This amount should match the total amount from Schedule B, Section B, Line J for all nonresident partners or shareholders on all pages. Enter the total here **and on Form IL-1065 (Form IL-1065-X), Line 59, or Form IL-1120-ST (Form IL-1120-ST-X), Line 59.** See instructions.    5 _____ 0

6. Enter the total pass-through entity tax credit paid on all pages of Schedule B, Section B, Line K.    6 _____

7. Enter the total pass-through entity tax credit received and distributed on all pages of Schedule B, Section B, Line L.    7 _____

▶ Attach all pages of Schedule B, Section B behind this page.

REV 02/17/23 PRO

Illinois Department of Revenue
## 2022 Schedule B

BAMBY EXPRESS INC _____     27-3310085
Enter your name as shown on your Form IL-1065 or Form IL-1120-ST.     Enter your federal employer identification number (FEIN).

### Section B: Members' information (See instructions before completing.)

|  | | Member 1 | Member 2 | Member 3 | Member 4 |
|---|---|---|---|---|---|
| A | Name | DUSAN CIRKOVIC | | | |
|   | C/O | | | | |
|   | Address 1 | 1217 S OLD WILKE R | | | |
|   | Address 2 | | | | |
|   | City | ARLINGTON HEIGHTS, IL 60005 | | | |
|   | State, ZIP | | | | |
| B | Partner or Shareholder | I | | | |
| C | SSN/FEIN | [redacted] | | | |
| D | Subject to Illinois replacement tax or an ESOP | ☐ | ☐ | ☐ | ☐ |
| E | Member's distributable amount of base income or loss | 8,098 | | | |
| F | Excluded from pass-through withholding | R | | | |
| G | Share of Illinois income subject to pass-through withholding | | | | |
| H | Pass-through withholding before credits | | | | |
| I | Distributable share of credits | | | | |
| J | Pass-through withholding amount | | | | |
| K | PTE tax credit paid to members | | | | |
| L | PTE tax credit received and distributed to members | | | | |

| Form **8879-CORP** | **E-file Authorization for Corporations** | |
|---|---|---|
| (December 2022) | For calendar year 20 **22**, or tax year beginning _____, 20___, ending _____, 20___ | OMB No. 1545-0123 |
| Department of the Treasury Internal Revenue Service | Use for efile authorizations for Form 1120, 1120-F or 1120S. Do not send to the IRS. Keep for your records. Go to www.irs.gov/Form8879CORP for the latest information. | |

| Name of corporation | Employer identification number |
|---|---|
| BAMBY EXPRESS INC | 27-3310085 |

**Part I  Information** (Whole dollars only)

| 1 | Total income (Form 1120, line 11) . . . . . . . . . . . . . . . . . . . . . . . | 1 | |
| 2 | Total income (Form 1120-F, Section II, line 11) . . . . . . . . . . . . . . . . . | 2 | |
| 3 | Total income (loss) (Form 1120-S, line 6) . . . . . . . . . . . . . . . . . . . . | 3 | 164,595. |

**Part II  Declaration and Signature Authorization of Officer. Be sure to get a copy of the corporation's return.**

Under penalties of perjury, I declare that I am an officer of the above corporation and that I have examined a copy of the corporation's electronic income tax return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. I further declare that the amounts in Part I above are the amounts shown on the copy of the corporation's electronic income tax return. I consent to allow my electronic return originator (ERO), transmitter, or intermediate service provider to send the corporation's return to the IRS and to receive from the IRS (a) an acknowledgment of receipt or reason for rejection of the transmission, (b) the reason for any delay in processing the return or refund, and (c) the date of any refund. If applicable, I authorize the U.S. Treasury and its designated Financial Agent to initiate an electronic funds withdrawal (direct debit) entry to the financial institution account indicated in the tax preparation software for payment of the corporation's federal taxes owed on this return, and the financial institution to debit the entry to this account. To revoke a payment, I must contact the U.S. Treasury Financial Agent at 1-888-353-4537 no later than 2 business days prior to the payment (settlement) date. I also authorize the financial institutions involved in the processing of the electronic payment of taxes to receive confidential information necessary to answer inquiries and resolve issues related to the payment. I have selected a personal identification number (PIN) as my signature for the corporation's electronic income tax return and, if applicable, the corporation's consent to electronic funds withdrawal.

**Officer's PIN: check one box only**

☒ I authorize  SREJOVIC ACCOUNTING SERVICES LTD  to enter my PIN  | 4 | 4 | 0 | 5 | 6 |  as my signature
ERO firm name  do not enter all zeros
on the corporation's electronically filed income tax return.

☐ As an officer of the corporation, I will enter my PIN as my signature on the corporation's electronically filed income tax return.

Officer's signature ▶ _[signature]_  Date _____  Title  PRESIDENT

**Part III  Certification and Authentication**

ERO's EFIN/PIN. Enter your six-digit EFIN followed by your five-digit self-selected PIN.  | 1 | 5 | 7 | 8 | 5 | 2 | 0 | 9 | 1 | 3 | 0 |
do not enter all zeros

I certify that the above numeric entry is my PIN, which is my signature on the electronically filed income tax return for the corporation indicated above. I confirm that I am submitting this return in accordance with the requirements of **Pub. 3112**, IRS e-file Application and Participation, and **Pub. 4163**, Modernized e-File (MeF) Information for Authorized IRS e-file Providers for Business Returns.

ERO's signature _[signature]_  Date  03/10/2023

**ERO Must Retain This Form — See Instructions
Do Not Submit This Form to the IRS Unless Requested To Do So**

For Paperwork Reduction Act Notice, see instructions.  REV 03/02/23 PRO  Form **8879-CORP** (12-2022)
BAA