**United States Bankruptcy Court**
**Northern District of Illinois, Eastern Division**

In re: Bamby Express, Inc.　　　　　　　　　Case No. 24-13689
　　　　Debtor(s)　　　　　　　　　　　　　　Chapter 11

## BUSINESS INCOME AND EXPENSES
### From September 16, 2024 through October 11, 2024

FINANCIAL RVIEW OF THE DEBTOR'S BUSINESS (NOTE: ONLY INCLUDE information directly related to the business operation)

**PART A – GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:**

1. Gross Income For 12 months Prior to Filing　　　　　　$ n/a

**PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:**

2. Gross Monthly Income　　　　　　　　　　　　　　　$9375.00

**PART C – ESTIMATED FUTURE MONTHLY EXPENSES**

3. Net Employee Payroll (Other Than Debtor)　　　　　　$ 2400.00
4. Payroll Taxes　　　　　　　　　　　　　　　　　　$
5. Unemployment　　　　　　　　　　　　　　　　　$
6. Worker's Compensation　　　　　　　　　　　　　　$
7. Other Taxes　　　　　　　　　　　　　　　　　　　$
8. Inventory Purchases (Including raw materials)　　　　　$
9. Purchase of Feed/Fertilizer/Seed/Spray　　　　　　　　$
10. Rent (Other than debtor's principal residence)　　　　　$
11. Utilities　　　　　　　　　　　　　　　　　　　　$
12. Office Expenses and Supplies　　　　　　　　　　　　$
13. Repairs and Maintenance　　　　　　　　　　　　　$ 485.00
14. Vehicle Expenses (Parking)　　　　　　　　　　　　　$ 450.00
15. Travel and Entertainment　　　　　　　　　　　　　$
16. Equipment Rental and Leases　　　　　　　　　　　　$
17. Legal/Accounting/Other Professional Fees　　　　　　　$
18. Insurance　　　　　　　　　　　　　　　　　　　$ 1069.00
19. Employee Benefits (e.g., pension, medical, etc.)　　　　　$
20. Payments to be made directly by debtor to secured creditors for pre-petition debts (Specify):

　　DESCRIPTION　　　　　　　　　　　　TOTAL

21. Other (Specify):　Fuel Diesel　　　　　　　　$3760.00
　　　　　　　　　　Toll　　　　　　　　　　　$190.00
22.
　　DESCRIPTION　　　　　　　　　　　　TOTAL

23. Total Monthly Expenses (Add items 3-21)　　　　　　　$ 8354.00

**PART D - ESTIMATED AVERAGE NET MONTHLY INCOME**

24. Average Net Monthly Income (Subtract item 22 from item 2)　　$ 1021.00

## EXHIBIT A