**United States Bankruptcy Court**
**Northern District of Illinois, Eastern Division**

In re: <u>Bamby Express, Inc.</u>         Case No. <u>24-13689</u>
    Debtor(s)                            Chapter <u>11</u>

### BUSINESS INCOME AND EXPENSES
### From October 11, 2024, through October 31, 2024

<u>FINANCIAL RVIEW OF THE DEBTOR'S BUSINESS</u> (NOTE: ONLY INCLUDE information directly related to the business operation)

**PART A – GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:**

1. Gross Income For 12 months Prior to Filing     $   n/a

**PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:**

2. Gross Monthly Income     $ 18,200

**PART C – ESTIMATED FUTURE MONTHLY EXPENSES**

3. Net Employee Payroll (Other Than Debtor)     $ 4,800.00
4. Payroll Taxes     $ _____
5. Unemployment     $ _____
6. Worker's Compensation     $ _____
7. Other Taxes     $ _____
8. Inventory Purchases (Including raw materials)     $ _____
9. Purchase of Feed/Fertilizer/Seed/Spray     $ _____
10. Rent (Other than debtor's principal residence)     $ _____
11. Utilities     $ _____
12. Office Expenses and Supplies     $ _____
13. Repairs and Maintenance     $ 2,000.00
14. Vehicle Expenses (parking)     $ 450.00
15. Travel and Entertainment     $ _____
16. Equipment Rental and Leases     $ _____
17. Legal/Accounting/Other Professional Fees     $ _____
18. Insurance     $ 1,069.00
19. Employee Benefits (e.g., pension, medical, etc.)     $ _____
20. Payments to be made directly by debtor to secured creditors for pre-petition debts (Specify):

| DESCRIPTION | TOTAL |
|---|---|
|  |  |

21. Other (Specify): Fuel-Diesel     $7,500.00
                      Toll     $380.00
22.

| DESCRIPTION | TOTAL |
|---|---|
|  |  |

23. Total Monthly Expenses (Add items 3-21)     $ 16,199.00

**PART D - ESTIMATED AVERAGE NET MONTHLY INCOME**

24. Average Net Monthly Income (Subtract item 22 from item 2)     $2,001.00

**EXHIBIT A**