IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: ) | Chapter: | 11 |
| ) | | |
| ) | Case No. | 24-13689 |
| Bamby Express, Inc. ) | Judge: | Timothy A. Barnes |
| ) | | |
| Debtor. ) | | |

## NOTICE OF DEBTOR'S MOTION FOR APPLICATION TO EMPLOY COUNSEL

To:  See Attached List

PLEASE TAKE NOTICE THAT ON **October 30, 2024 at 10:00 a.m.**, I will appear before the **Honorable Judge Janet S. Baer,** or any Judge sitting in that judge's place, **either in courtroom 615 of the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, IL,** or **electronically** as described below, and present the attached *Motion for Application to Employ Counsel*, a copy of which is attached.

**Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person.**

**To appear by video,** use this link: https//www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at **1-669-254-5252** or **1-646-828-7666**. Then enter the meeting ID and password.

**Meeting ID and password. The meeting ID** for this hearing is **161 329 5276** and the password is **433658**. The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

By:  */s/  Richard G. Larsen*
Attorney for Debtor(s)

Richard G. Larsen
Springer Larsen, LLC
300 S. County Farm Road, Suite G
Wheaton, IL 60187
rlarsen@springerbrown.com

## CERTIFICATE OF SERVICE

I, Richard G. Larsen,

[X] an attorney, certify

– or –

[ ] a non-attorney, declare under penalty of perjury under the laws of the United States of America.

that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method shown on **October 16, 2024**, at 5:30 p.m.

/s/Richard G. Larsen/s/

## SERVICE LIST

*Via Electronic Service*

Acting United States Trustee
Adam Brief
Office of the U. S. Trustee, Region 11
219 South Dearborn
Room 873
Chicago, IL 60604

Ira Bodenstein
Cozen O'Connor
123 N. Wacker Drive
Suite 1800
Chicago, IL 60606
iratrustee@cozen.com

Karen V. Newbury
Office of the U.S. Trustee
219 S. Dearborn, Suite 873
Chicago, IL 60604
Karen.v.newbury@usdoj.gov

Sameena Nabijee
Illinois District Counsel
U.S. Small Business Administration
Sameena.nabijee@sba.gov


*Via U.S. Mail*

Bamby Express, Inc.
1217 S Old Wilke Rd., Apt 409
Arlington Heights, IL 60005

American Express
PO Box 6031
Carol Stream, IL 60197-6031

Bank of America Visa
PO Box 851001
Dallas, TX 75285-1001

Dusan Cirkovic
1217 S Old Wilke Rd, Apt 409
Arlington Heights, IL 60005

Marriott Bonvoy
P.O. Box 15123
Wilmington, DE 19850

U.S. Small Business
Administration
2 North Street, Suite 320
Birmingham, AL 35203

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| In re: | ) | Chapter: | 11 |
| | ) | | |
| | ) | Case No. | 24-13689 |
| Bamby Express, Inc. | ) | Judge: | Timothy A. Barnes |
| | ) | | |
| Debtor. | ) | | |

## DEBTOR'S APPLICATION TO EMPLOY COUNSEL

**Bamby Express, Inc.,** ("Debtor"), debtor in possession, applies to this court, pursuant to 11 U.S.C. §§ 327 and 1107 and Fed. R. Bankr. P. 2014, for authority to employ Richard G. Larsen and the law firm of Springer Larsen, LLC as his attorneys in this bankruptcy case. In support of this application, the Debtor states as follows:

1. 1. On September 17, 2024 (the "Petition Date"), Debtor filed a voluntary petition in this Court for reorganization under Chapter 11 of Title 11 of the United States Bankruptcy Code, 11 U.S.C. §§101 *et seq* (the "Code"). The Debtor has elected to be treated as a small business Debtor under Subchapter V.

2. The Debtor continues to manage and operate its business as debtor-in-possession pursuant to Sections 1107 and 1108 of the Code. Ira Bodenstein has been appointed and is acting as Subchapter V trustee in this matter.

3. The Debtor is unfamiliar with the law and procedures relating to Chapter 11 of the Bankruptcy Code. Therefore, it is in the best interests of the Debtor and its creditors for the Debtor to retain these attorneys as experienced bankruptcy counsel to represent it in connection with this case.

4. The Debtor desires to employ Richard G. Larsen and Springer Larsen, LLC as its bankruptcy counsel. The Debtor is informed and believes that Springer Larsen, LLC has considerable experience in insolvency and reorganization proceedings and is well-qualified to represent it in this Chapter 11 case.

5. The professional services that Springer Larsen, LLC will provide on behalf of the Debtor are generally as follows:

(a) Springer Larsen, LLC will consult with the Debtor concerning its powers and duties as debtor in possession, the continued operation of its business and the Debtor's management of the financial and legal affairs of its estate;

(b) Springer Larsen, LLC will consult with the Debtor and with other professionals concerning the negotiation, formulation, preparation, and prosecution of a Chapter 11 plan and disclosure statement;

(c) Springer Larsen, LLC will confer and negotiate with the Debtor's creditors, other parties in interest, and their respective attorneys and other professionals concerning the Debtor's financial affairs and property, Chapter 11 plans, claims, liens, and other aspects of this case;

(d) Springer Larsen, LLC will appear in court on behalf of the Debtor when required, and will prepare, file and serve such applications, motions, complaints, notices, orders, reports, and other documents and pleadings as may be necessary in connection with this case; and

(e) Springer Larsen, LLC will provide the Debtor with such other services as the Debtor may request and which may be necessary in the circumstances.

6. The terms of the employment of Richard G. Larsen of the law firm of Springer Larsen, LLC agreed to by the debtor in possession, subject to the approval of the court, are that certain attorneys and other personnel of the firm will undertake this representation at their standard hourly rates. The individuals presently designated to represent the debtor in possession and their hourly rates are:

    Richard G. Larsen    $465.00 hr.
    Thomas E. Springer    $475.00 hr.

These hourly rates are subject to periodic adjustments to reflect economic and other conditions. The attorneys will make periodic applications for interim compensation, and if, at the completion of the case the results merit it, the attorneys may make application to the court for the allowance of a premium above their designated hourly rates.

7. Springer Larsen, LLC has received a pre-petition retainer in the sum of $ 5,000.00 for services in connection with this Chapter 11 case prior to the filing of the case. The Debtor desires to employ Springer Larsen, LLC as aforesaid under said retainer because of the extensive legal services it is proposed Springer Larsen, LLC render in this case. See attached Retainer Agreement as **Exhibit "A"**.

8. Springer Larsen, LLC acknowledges that any and all compensation for legal services rendered hereinafter from estate funds shall be subject to court approval, after notice and a hearing on separate application.

9. To the best of the Debtor's knowledge, information and belief, the attorneys at Springer Larsen, LLC are disinterested persons within the meaning of 11 U.S.C. § 101(14).

10. To the best of the Debtor's knowledge, information and belief, Springer Larsen, LLC has not entered into any agreement to share such compensation as it may be awarded herein except as permitted under 11 U.S.C § 504(b).

11. Filed concurrently with this application is the Affidavit of Richard G. Larsen, made pursuant to Fed. R. Bankr. P. Rule 2014(a), in support of this application.

12. Because valuable services have already been rendered to the Debtor in preparing the bankruptcy petition and schedules and consultation in connection with the bankruptcy, Applicant requests that the court authorize employment retroactive to June 17, 2024.

**WHEREFORE**, the Debtor requests the entry of an order authorizing the employment of Richard G. Larsen and the firm of Springer Larsen, LLC as its attorneys in connection with this case and granting such other and further relief as this court deems just and proper.

                                       Respectfully submitted,
                                       Bamby Express, Inc.

                                       By:  <u>/s/ Richard G. Larsen /s/</u>
                                                      One of Its Attorneys

Richard G. Larsen
Springer Larsen, LLC
300 South County Farm Rd., Suite G
Wheaton, Illinois 60187
(630) 510-0000
rlarsen@springerbrown.com