IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| In re: | ) | Chapter: | 11 |
| | ) | | |
| | ) | Case No. | 24-13689 |
| Bamby Express, Inc. | ) | Judge: | Timothy A. Barnes |
| | ) | | |
| Debtor. | ) | | |

### AFFIDAVIT OF RICHARD G. LARSEN
### PURSUANT TO BANKRUPTCY RULE 2014

I, RICHARD G. LARSEN, being first duly sworn upon oath, depose and state as follows:

1. I am an attorney who, since 1986, has been duly licensed to practice as an attorney in the State of Illinois. I am an attorney in the firm of Springer Larsen, LLC ("Springer Larsen") with its offices located at 300 S. County Farm Rd., Suite G, Wheaton, Illinois 60187. I am submitting this Affidavit in support of an Application by the above named Debtor to retain myself and Springer Larsen, LLC as its bankruptcy counsel in the matter identified above.

2. Springer Larsen, LLC has no connection with the Debtor, its creditors, or any other party in interest herein, or their respective attorneys and accountants, except that the firm represents said debtor in this proceeding.

3. I further state that to the best of my knowledge, neither I nor Springer Larsen, LLC has any connections with the debtor, any of the debtor's creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any other person employed in the office of the United States Trustee, except that Thomas

E. Springer, member and principal of the firm, currently serve on the panel of Trustees for the United States Trustee, Northern District of Illinois, Eastern Division.

4. Springer Larsen, LLC represents no interest adverse to the Debtor, or its estate in the matters upon which it is engaged.

5. Springer Larsen, LLC proposes to perform professional services for the above named Debtor in connection with the above captioned Bankruptcy case.

Further affiant sayeth naught,

_____
Richard G. Larsen

SUBSCRIBED AND SWORN TO
before me this _16_ day of _October_, 2024

_____(seal)
Notary Public

OFFICIAL SEAL
ADRIANA OLOUGLIN
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:03/30/25