IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| In re: | ) | Chapter: | 11 |
| | ) | | |
| | ) | Case No. | 24-13689 |
| Bamby Express, Inc., | ) | | |
| | ) | Judge: | Timothy A. Barnes |
| Debtor. | ) | | |

## NOTICE OF DEBTOR'S MOTION TO SET BAR DATE FOR PROOF OF CLAIMS

To:   See attached Service List.

PLEASE TAKE NOTICE THAT ON **November 27, 2024 at 10:00 a.m.,** I will appear before the **Honorable Judge Timothy A. Barnes,** or any Judge sitting in that judge's place, **either in courtroom 744** of the **Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street Chicago, IL 60604** , or **electronically** as described below, and present the attached *Motion to Set Bar Date for Proofs of Claim,* a copy of which is attached.

**Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person.**

**To appear by Zoom using the internet,** go to this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode

**To appear by Zoom using a telephone,** call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode

**Meeting ID and password.** The **meeting ID** for this hearing is **161 329 5276** and the password is **433658**. The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

*/s/ Richard G. Larsen /s/*
Attorney for Debtor(s)

Richard G. Larsen
Springer Larsen, LLC
300 S. County Farm Rd., Ste. G
Wheaton, IL 60187
630-510-0000

## CERTIFICATE OF SERVICE

I, Richard G. Larsen,

[X] an attorney, certify

- or –

[ ] a non-attorney, declare under penalty of perjury under the laws of the United States of America.

that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method shown on **November 20, 2024,** at 5:30 p.m.


/s/Richard G. Larsen/s/

## Service List

**ECF Service:**

*All parties entitled to ECF Notification through the U.S. Bankruptcy Court, Northern District of Illinois, including but not limited to:*

*Via Electronic Service*

Acting United States Trustee
Adam Brief
Office of the U. S. Trustee, Region 11
219 South Dearborn
Room 873
Chicago, IL 60604

Ira Bodenstein
Cozen O'Connor
123 N. Wacker Drive
Suite 1800
Chicago, IL 60606
iratrustee@cozen.com

Karen V. Newbury
Office of the U.S. Trustee
219 S. Dearborn, Suite 873
Chicago, IL 60604
Karen.v.newbury@usdoj.gov

Sameena Nabijee
Illinois District Counsel
U.S. Small Business Administration
Sameena.nabijee@sba.gov


**U.S. Mail**

Bamby Express, Inc.
1217 S Old Wilke Rd., Apt 409
Arlington Heights, IL 60005

American Express
PO Box 6031
Carol Stream, IL 60197-6031

Bank of America Visa
PO Box 851001
Dallas, TX 75285-1001

Dusan Cirkovic
1217 S Old Wilke Rd, Apt 409
Arlington Heights, IL 60005

Marriott Bonvoy
P.O. Box 15123
Wilmington, DE 19850

U.S. Small Business
Administration
2 North Street, Suite 320
Birmingham, AL 35203

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| In re: | ) | Chapter: | 11 |
| | ) | | |
| | ) | Case No. | 24-13689 |
| Bamby Express, Inc., | ) | | |
| | ) | Judge: | Timothy A. Barnes |
| Debtor. | ) | | |

## MOTION TO SET BAR DATE FOR PROOFS OF CLAIMS

**Bamby Express, Inc.,** ("Debtor"), debtor in possession, requests that this court issue an order setting a bar date for creditors to file proofs of claim pursuant to the order and notice attached hereto, and in support thereof, states as follows:

1. This case commenced on September 17, 2024, when the Debtor filed a voluntary petition under Chapter 11, Sub Chapter V of the Bankruptcy Code. Ira Bodenstein is the acting Sub Chapter V trustee to the debtor.

2. The Debtor has continued to manage its business and assets and to administer the affairs of its estate as debtor in possession in accordance with 11 U.S.C. §§ 1107 and 1108.

3. In order to establish the final amounts to be paid out to creditors, a bar date should be set pursuant to the Order attached hereto, in order to facilitate the payment of creditor claims. The debtor suggests a general bar date of January 2, 2025, and March 17, 2025 for governmental creditors.

**WHEREFORE**, the Debtor requests the entry of an order setting a bar date for creditors to file proofs of claim and granting such other and further relief as this court deems just and proper.

Richard G. Larsen  
Springer Larsen, LLC  
300 S. County Farm Rd., Ste. G  
Wheaton, IL 60187  
630-510-0000/rlarsen@springerbrown.com

Respectfully submitted,  
*/s/ Richard G. Larsen /s/*  
One of Its Attorneys