Exhibit B
Bamby Express, Inc. 24-13689
Monthly Income and Expense Projection for 12 month period
Assure Confirmation January 1, 2025

| Monthly | Jan-25 | Feb-25 | Mar-25 | Apr-25 | May-25 |
|---|---|---|---|---|---|
| Gross Income (Sales) | $18,000.00 | $18,000.00 | $18,000.00 | $18,000.00 | $18,000.00 |
| | | | | | |
| Total Income | $18,000.00 | $18,000.00 | $18,000.00 | $18,000.00 | $18,000.00 |
| | | | | | |
| Expenses | | | | | |
| Payroll | $4,800.00 | $4,800.00 | $4,800.00 | $4,800.00 | $4,800.00 |
| Repairs and Maintenance | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 |
| Insurance | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 |
| Fuel | $6,900.00 | $6,900.00 | $6,900.00 | $6,900.00 | $6,900.00 |
| Tolls | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 |
| Fuel Tax | $180.00 | $180.00 | $180.00 | $180.00 | $180.00 |
| Total Expense | $13,780.00 | $13,780.00 | $13,780.00 | $13,780.00 | $13,780.00 |
| Net Income Available for Plan Payments | $2,200.00 | $2,200.00 | $2,200.00 | $2,200.00 | $2,200.00 |
| Class 1- Administrative Claims | $1,500.00 | $1,500 | | | |
| Class 2- Small Business Administration | $212.00 | $212.00 | $212.00 | $212.00 | $212.00 |
| Class 3 - General Unsecured Creditors | | | | | |
| Class 4 - Equity Security Holders of the Debtor | | | | | |
| Total Plan Payments | $1,712.00 | $1,712.00 | $212.00 | $212.00 | $212.00 |
| Cumlutive Balance | $508 | $1,016 | $3,004 | $4,992 | $6,990 |


EXHIBIT B

Exhibit B
Bamby Express, Inc. 24-13689
Monthly Income and Expense Projection for 12 month period
Assure Confirmation January 1, 2025

| | Jun-25 | Jul-25 | Aug-25 | Sep-25 | Oct-25 | Nov-25 | Dec-25 |
|---|---|---|---|---|---|---|---|
| | $19,000.00 | $18,000.00 | $18,000.00 | $19,000.00 | $18,000.00 | $18,000.00 | $19,000.00 |
| | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | $18,000.00 | $18,000.00 | $18,000.00 | $18,000.00 | $18,000.00 | $18,000.00 | $18,000.00 |
| | $4,800.00 | $4,800.00 | $4,800.00 | $4,800.00 | $4,800.00 | $4,800.00 | $4,800.00 |
| | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 |
| | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 |
| | $6,900.00 | $6,900.00 | $6,900.00 | $6,900.00 | $6,900.00 | $6,900.00 | $6,900.00 |
| | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 |
| | $180.00 | $180.00 | $180.00 | $180.00 | $180.00 | $180.00 | $180.00 |
| | $13,780.00 | $13,780.00 | $13,780.00 | $13,780.00 | $13,780.00 | $13,780.00 | $13,780.00 |
| | $3,200.00 | $2,200.00 | $2,200.00 | $3,200.00 | $2,200.00 | $2,200.00 | $3,200.00 |
| | $212.00 | $212.00 | $212.00 | $212.00 | $212.00 | $212.00 | $212.00 |
| | $6,916 | | | $6,916 | | | $6,916 |
| | $3,062 | $5,050 | $7,038 | $3,110 | $5,098 | $7,086 | $3,158 |