EXHIBIT C
Yearly Income and Expense Projection for Life of Plan

| Yearly | 2025 | 2026 | 2027 | 2028 (First Quarter) |
|---|---|---|---|---|
| Gross Income | $219,000.00 | $225,000.00 | $233,000.00 | $59,000.00 |
| **Expenses** | | | | |
| Payroll | $57,600.00 | $59,000.00 | $60,000.00 | $15,000.00 |
| Repair and Maintenance | $30,000.00 | $35,000.00 | $37,000.00 | $8,750.00 |
| Insurance | $12,000.00 | $15,000.00 | $16,000.00 | $3,750.00 |
| Fuel | $82,800.00 | $85,000.00 | $87,000.00 | $21,250.00 |
| Tolls | $4,800.00 | $5,000.00 | $5,000.00 | $1,250.00 |
| Fuel Tax | $2,160.00 | $2,300.00 | $2,500.00 | $540.00 |
| Total Expense | $189,360.00 | $201,300.00 | $207,500.00 | $50,540.00 |
| Net Income Available for Plan Payments | $29,640.00 | $23,700.00 | $25,500.00 | $8,460.00 |
| **Plan Payments** | 12 months | 12 months | 12 months | 3 months |
| Class 1- Administrative Claims | $3,000.00 | $0.00 | $0.00 | $0.00 |
| Class 2- Small Business Administration | $2,544.00 | $2,544.00 | $2,544.00 | $636.00 |
| Class 3- General Unsecured Creditors | $20,784.00 | $20,784.00 | $20,784.00 | $6,916.00 |
| Class 4 - Equity Security Holders of Debtor | $0.00 | $0.00 | $0.00 | $0.00 |
| Total Plan Payments | $26,328.00 | $23,328.00 | $23,328.00 | $7,552.00 |
| Balance | $3,312.00 | $372.00 | $2,172.00 | $908.00 |

