**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | Bamby Express, Inc. |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number: | 24-13689 |

☐ Check if this is an amended filing

Official Form 425C

**Monthly Operating Report for Small Business Under Chapter 11**         12/17

Month: November 2024          Date report filed: 12/16/24 (MM/DD/YYYY)

Line of business: Trucking          NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: Dusan Cirkovic

Original signature of responsible party: /s/ Dusan Cirkovic

Printed name of responsible party: Dusan Cirkovic

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

If you answer No to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.

| | | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☒ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☒ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☒ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☒ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☒ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☒ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☒ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☒ |
| 9. | Have you timely paid all of your insurance premiums? | ☒ | ☐ | ☐ |

If you answer Yes to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.

| | | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☒ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☒ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☒ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☒ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☒ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☒ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☒ | ☐ |
| 17. | Have you paid any bills you owed before you filed bankruptcy? | ☐ | ☒ | ☐ |
| 18. | Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? | ☐ | ☒ | ☐ |

### 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**          $14,184.61

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20. **Total cash receipts**

| Debtor Name | Bamby Express, Inc. | Case number | 24-13689 |
|---|---|---|---|

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.  $ 13,800.25

21. **Total cash disbursements**
Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.  -$ 7,947.76

22. **Net cash flow**  +$ 5,852.49
Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.  =$ 26,037.10

Report this figure as *the cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**  $ —0—
(Exhibit E)

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**  $ —0—
(Exhibit F)

## 5. Employees

26. What was the number of employees when the case was filed?  $ 1

27. What is the number of employees as of the date of this monthly report?  $ 1

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?  $ —0—

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?  $ —0—

| Debtor Name | Bamby Express, Inc. | Case number | 24-13689 |
|---|---|---|---|

30. How much have you paid this month in other professional fees?    $ —0—

31. How much have you paid in total other professional fees since filing the case?    $ —0—

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | | Column A<br>Projected<br>Copy lines 35-37 from the previous month's report. | Column B<br>Actual<br>Copy lines 20-22 of this report. | Column C<br>Difference<br>Subtract Column B from Column A. |
|---|---|---|---|---|
| 32. | Cash receipts | $ 20,395 | – $ 13,850.25 | $ 6,544.75 |
| 33. | Cash disbursements | $ 8,099 | – $ 7,947.76 | $ 10,151.24 |
| 34. | Net cash flow | $ 2296.00 | – $ 5,852.49 | $ 3556.49 |

35. Total projected cash receipts for the next month:    $ 20,000

36. Total projected cash disbursements for the next month:    – $ 17,000

37. Total projected net cash flow for the next month:    = $ 3000

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

[x] 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

[ ] 39. Bank reconciliation reports for each account.

[ ] 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

[ ] 41. Budget, projection, or forecast reports.

[ ] 42. Project, job costing, or work-in-progress reports.



JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

November 01, 2024 through November 29, 2024

Account Number: 000000668339671

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-242-7338 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |



00369979 DRE 111 141 33524 NNNNNNNNNNN T 1 000000000 64 0000
BAMBY EXPRESS, INC.
1217 S OLD WILKE RD APT 409
ARLINGTON HEIGHTS IL 60005-2963

## CHECKING SUMMARY
Chase Business Complete Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $14,221.16 |
| Deposits and Additions | 4 | 13,800.25 |
| Checks Paid | 2 | -617.50 |
| ATM & Debit Card Withdrawals | 4 | -1,328.76 |
| Electronic Withdrawals | 8 | -6,001.50 |
| Ending Balance | 18 | $20,073.65 |

Congratulations, we waived the $15 Monthly Service Fee for this statement period, based on your qualifying activity.

**How to Avoid the Monthly Service Fee (MSF)**
If you meet any of the following qualifying activities for this Chase Business Complete Checking<sup>SM</sup> account in a statement period, we will waive the $15 MSF.

Here's the business activity we used to determine if you qualified for the MSF waiver:
- $2,000 Minimum Daily Ending Balance: Your lowest daily ending balance was $9,481.45.
- $2,000 Chase Payment Solutions<sup>SM</sup> Activity: $0.00 was deposited into this account.
- $2,000 Chase Ink® Business Card Activity: $0.00 was your total Ink activity.

You can also avoid the MSF if you:
- Maintain a linked Chase Private Client Checking<sup>SM</sup> account OR
- Meet Chase Military Banking requirements

For complete details on all requirements to avoid the MSF, please review the Additional Banking Services and Fees for Business Accounts at chase.com/business/disclosures or visit a Chase branch.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/08 | Book Transfer Credit B/O: Riviera Finance Inc Redondo Beach CA 90277-5617 US Trn: 6208800313Jo | $3,772.75 |
| 11/13 | Book Transfer Credit B/O: Riviera Finance Inc Redondo Beach CA 90277-5617 US Trn: 7859500318Jo | 4,014.50 |
| 11/22 | Book Transfer Credit B/O: Riviera Finance Inc Redondo Beach CA 90277-5617 US Trn: 7878200327Jo | 3,822.50 |
| 11/27 | Book Transfer Credit B/O: Riviera Finance Inc Redondo Beach CA 90277-5617 US Trn: 6380600332Jo | 2,190.50 |
| **Total Deposits and Additions** | | **$13,800.25** |



November 01, 2024 through November 29, 2024

Account Number: 000000668339671

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 1119 ^ | | 11/05 | $450.00 |
| 1120 ^ | | 11/14 | 167.50 |
| **Total Checks Paid** | | | **$617.50** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.
^ An image of this check may be available for you to view on Chase.com.

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/04 | Card Purchase       11/03 Ta #237 Greenwood Greenwood LA Card 1112 | $463.21 |
| 11/05 | Card Purchase With Pin  11/05 Ta # 199 East S Troy IL Card 1112 | 300.00 |
| 11/12 | Card Purchase With Pin  11/10 Love's #0854 Inside Blanchard LA Card 1112 | 547.20 |
| 11/15 | Card Purchase With Pin  11/15 Cit Truck 877 Supreme Bensenville IL Card 1112 | 18.35 |
| **Total ATM & Debit Card Withdrawals** | | **$1,328.76** |

## ATM & DEBIT CARD SUMMARY

Dusan Cirkovic  Card 1112

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $1,328.76 |
| Total Card Deposits & Credits | $0.00 |

ATM & Debit Card Totals

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $1,328.76 |
| Total Card Deposits & Credits | $0.00 |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/01 | Orig CO Name:Unified Carrier      Orig ID:9000517433 Desc Date:110124 CO Entry Descr:Web Pmts Sec:Web   Trace#:111924688105210 Eed:241101  Ind ID:M9Jjbp Ind Name:Bamby Express Inc 833-827-7526 Trn: 3068105210Tc | $47.00 |
| 11/04 | Orig CO Name:IL Dept of Reven     Orig ID:5555566257 Desc Date:     CO Entry Descr:EDI Pymntssec:Web   Trace#:091000011588851 Eed:241104  Ind ID:00002094832816 Ind Name:Bamby Express Inc       Txp*27331008501*05312*20251231*T*75 0\ EDI Trn: 3091588851Tc | 7.50 |
| 11/04 | 11/02 Online Transfer To Chk ...9633 Transaction#: 22588548232 | 1,200.00 |
| 11/05 | Orig CO Name:Epay3         Orig ID:1261441725 Desc Date:241104 CO Entry Descr:Drafts   Sec:CCD   Trace#:042000014578338 Eed:241105  Ind ID:20772649 Ind Name:Bamby  Express Inc Trn: 3104578338Tc | 1,072.00 |
| 11/07 | 11/07 Online Transfer To Chk ...9633 Transaction#: 22640939861 | 1,200.00 |
| 11/13 | 11/13 Online Transfer To Chk ...9633 Transaction#: 22705229184 | 1,200.00 |
| 11/18 | Orig CO Name:Comcast 8771100     Orig ID:0000213249 Desc Date:241117 CO Entry Descr:720893161 Sec:PPD   Trace#:021000020928033 Eed:241118  Ind ID: Ind Name:Dusan *Cirkovic Trn: 3230928033Tc | 75.00 |
| 11/22 | 11/22 Online Transfer To Chk ...9633 Transaction#: 22809052412 | 1,200.00 |
| **Total Electronic Withdrawals** | | **$6,001.50** |

Document    Page 6 of 7



November 01, 2024 through November 29, 2024
Account Number: **000000668339671**

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---:|---|---:|---|---:|
| 11/01 | $14,174.16 | 11/08 | 13,254.20 | 11/15 | 15,335.65 |
| 11/04 | 12,503.45 | 11/12 | 12,707.00 | 11/18 | 15,260.65 |
| 11/05 | 10,681.45 | 11/13 | 15,521.50 | 11/22 | 17,883.15 |
| 11/07 | 9,481.45 | 11/14 | 15,354.00 | 11/27 | 20,073.65 |



**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS:** Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

JPMorgan Chase Bank, N.A. Member FDIC



November 01, 2024 through November 29, 2024

Account Number: 000000668339671

This Page Intentionally Left Blank