**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | | |
|---|---|---|---|
| **Honorable** | Timothy A. Barnes | **Hearing Date** | January 29, 2025 |
| **Bankruptcy Case No.** | 24 B 13689 | **Adversary No.** | |
| **Title of Case** | Bamby Express, Inc. | | |

**Brief Statement of Motion**

Chapter 11 Small Business Plan Subchapter V

(Docket No. 35)

**Names and Addresses of moving counsel**

**Representing**

## ORDER

Debtor must serve this Order and Plan/Ballots on all creditors by **February 5, 2025.**

Objections/Ballots due by March 5, 2025.

Ballot Report due by March 7, 2025.

Confirmation hearing on Debtor's Plan shall be held on March 12, 2025 at 10:00 a.m.

Appear in Courtroom 744, 219 South Dearborn St, Chicago, IL 60604, or using Zoom.

*/s/ Timothy A. Barnes/*