EXHIBIT "A"

PERSONAL PROPERTY – Bamby Express, Inc. 24-13689

| ASSETS | VALUE AT FILING | SECURED CLAIM | COSTS OF SALE/COLLECTED | NET TO ESTATE |
|---|---|---|---|---|
| Cash Accounts | $7,208.21 | Small Business Administration $452,704.89 | -0- | -0- |
| Tractor and Trailer | $37,500.00 | None | -8%- $3,000.00 | -0- $34,500.00 |
| Total | $44,708.21 | None | $3000.00 | $34,500.00 |

Total Estate = $34,500.00

Trustee Fees = $4,200.00

Net to Creditors = $30,300.00


EXHIBIT A