IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| In re: | ) | Chapter: | 11 |
| | ) | | |
| | ) | Case No. | 24-13689 |
| Bamby Express, Inc., | ) | Judge: | Timothy Barnes |
| | ) | | |
| Debtor. | ) | | |

## CERTIFICATE OF SERVICE

I, the undersigned, an attorney, hereby state that pursuant to the Administrative Procedures for the Case Management/Electronic Case Filing System, I caused a copy of the foregoing **Order Setting Deadlines and Confirmation Hearing Date, Debtor's Amended Plan, and Ballot** to be served on all persons set forth on the attached Service List identified as Registrants through the Court's Electronic Notice for Registrants and, as to all other persons on the attached Service List by mailing a copy of same in an envelope properly addressed and with postage fully prepaid and by depositing same in the U.S. Mail, Wheaton, Illinois on the **February 4, 2025.**

/s/ *Richard G. Larsen* /s/
One of the Attorneys

Richard G. Larsen
Springer Larsen, LLC
300 S. County Farm Rd., Ste. G
Wheaton, Ill. 60187
630-510-0000
Email: rlarsen@springerbrown.com

## Service List

**ECF Service:**

*All parties entitled to ECF Notification through the U.S. Bankruptcy Court, Northern District of Illinois, including but not limited to:*

*Via Electronic Service*

Acting United States Trustee
Adam Brief
Office of the U. S. Trustee, Region 11
219 South Dearborn
Room 873
Chicago, IL 60604

Ira Bodenstein
Cozen O'Connor
123 N. Wacker Drive
Suite 1800
Chicago, IL 60606
iratrustee@cozen.com

Karen V. Newbury
Office of the U.S. Trustee
219 S. Dearborn, Suite 873
Chicago, IL 60604
Karen.v.newbury@usdoj.gov

Sameena Nabijee
Illinois District Counsel
U.S. Small Business Administration
Sameena.nabijee@sba.gov


**U.S. Mail**

Bamby Express, Inc.
1217 S Old Wilke Rd., Apt 409
Arlington Heights, IL 60005

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o Robertson, Anschutz, Schneid,
Crane & Partners, PLLC

6409 Congress Avenue, Suite 100
Boca Raton, FL 33487

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

American Express
PO Box 6031
Carol Stream, IL 60197-6031

Bank of America Visa
PO Box 851001
Dallas, TX 75285-1001

Marriott Bonvoy
P.O. Box 15123
Wilmington, DE 1985

U.S. Small Business Administration
332 S. Michigan Avenue, Suite 600
Chicago, IL 60604

U.S. Small Business
Administration
2 North Street, Suite 320
Birmingham, AL 35203