IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| In re: | ) | Chapter: | 11 |
| | ) | | |
| | ) | Case No. | 24-13689 |
| Bamby Express, Inc., | ) | Judge: | Timothy Barnes |
| | ) | | |
| Debtor. | ) | | |

**BALLOT FOR ACCEPTING OR REJECTING DEBTOR'S
SUBCHPATER V PLAN OF REORGANIZATION**

Bamby Express, Inc., filed an amended Subchapter V Plan of Reorganization (the "Plan") on February 3, 2025, for the Debtor in this case. If you do not have the Plan and materials referenced therein, you may obtain a copy from the Debtor's attorney, Richard G. Larsen, Springer Larsen, LLC, 300 S. County Farm Road, Suite G, Wheaton, IL 60187, 630-510-0000, 630-510-0004(fax) or at rlarsen@springerbrown.com. This ballot is to be used by you to accept or reject the Plan.

READ CAREFULLY

You should review the Plan and all accompanying materials before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in a class in the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

If your ballot is not received by the Court (address below) on or before March 5, 2025, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan. Please make sure you have provided all information requested by this ballot. Your ballot may not be counted if it is not complete. **THE VOTING DEADLINE IS 4:00 P.M. CST, March 5, 2025.**

This Ballot is being sent to you because our records indicate you are a holder of a claim and accordingly you have a right to vote to accept or reject the Plan. This Ballot does not constitute a proof of claim, assertion or admission of a claim.

If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the holder of a Class __3__ claim against the Debtor in the unpaid amount of $9,131.49_____. Account Ending: 1008

(Check One Box Only)

[X]   ACCEPTS THE PLAN

[ ]   REJECTS THE PLAN

Dated: February 27, 2025

Printed or type name: Jordan Katz for Kenneth W. Kleppinger

Signature: _/s/ Jordan Katz_

Title (If corporation or partnership) Attorney/Agent for creditor

Creditor: American Express National Bank

Address: c/o Becket & Lee LLP

PO Box 3001, Malvern PA 19355

FILE THIS BALLOT WITH: Clerk of the United States Bankruptcy Court, Northern District of Illinois, Eastern Division, 219 S Dearborn St, Chicago, IL 60604 and mail to Richard G. Larsen, Springer Larsen Greene, LLC, 300 S. County Farm Road, Suite G, Wheaton, IL 60187. (630) 510-0000