IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | ) | Chapter: | 11 |
|---|---|---|---|
| | ) | | |
| | ) | Case No. | 24-13689 |
| Bamby Express, Inc. | ) | Judge: | Timothy A. Barnes |
| | ) | | |
| Debtor. | ) | | |

## REPORT OF BALLOTING

Richard G. Larsen and Springer Larsen, LLC, counsel for the debtor, Bamby Express, Inc., submits the following report with respect to the balloting on the plan of debtor filed herein.

1. **Description of Classes and Impairment**            **Vote on Debtor's Plan**

   A. Class 1- Administrative and
      Priority Tax Claims (Unimpaired)            Deemed Accepted

   B. Class 2 – Secured Claim of Small Business
      Administration (SBA).
      (Impaired)            No Vote

   C. Class 6 – Unsecured claims, including any claims of
      unsecured portion of SBA claim.
      (Impaired)            Accepted

   D. Class 4 - Equity Interests

2. A completed Section 1126 Ballot Form is attached hereto.
3. Plan may be confirmed pursuant to 11 U.S.C. § 1191(a).

DATED this 6th day of March, 2025

                                                             Bamby Express, Inc.

                                                             */s/ Richard G. Larsen /s/*
                                                             Richard G. Larsen

Form 11-5

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

**CASE NAME** Bamby Express, Inc.   **CASE NUMBER** 24-13689   **CONFIRMATION HEARING DATE** March 12, 2025

## SECTION 1126 BALLOT REPORT

| DESCRIPTION OF CLASS AND CLAIM | # BALLOTS CAST | # ACCEPTING | # REJECTING | $ ACCEPTING | $ REJECTING | CLASS ACCEPTS | CLASS REJECTS |
|---|---|---|---|---|---|---|---|
| **CLASS 1 DESCRIPTION:** Administrative and Priority Tax Claims  ☐ UNIMPAIRED ☐ IMPAIRED | Deemed Accepted | | | | | ✓ | |
| **CLASS 2 DESCRIPTION:** Secured Claim of Small Business Administration (SBA).  ☐ UNIMPAIRED ☐ IMPAIRED | NONE | | | | | | |
| **CLASS 3 DESCRIPTION:** Unsecured claims, including any claims of unsecured portion of SBA claim.  ☐ UNIMPAIRED ☐ IMPAIRED | 3 | 3 | 0 | $30,279.41 | 0 | ✓ | |
| **CLASS DESCRIPTION**  ☐ UNIMPAIRED ☐ IMPAIRED | | | | | | | |
| **CLASS DESCRIPTION**  ☐ UNIMPAIRED ☐ IMPAIRED | | | | | | | |

**PLAN ACCEPTED**   YES ☑   NO ☐

Please note the following provisions of section 1126 of the Bankruptcy Code:

(c) A class of claims has accepted a plan if such plan has been accepted by creditors other than any entity designated under subsection (e) of this section, that hold at least two-thirds in amount and more than one-half in number of the allowed claims of such class help by creditors, other than any entity designated under subsection (e) of this section, that have accepted or rejected such plan.

(d) A class of interests has accepted a plan if such plan has been accepted by holders of such interests, other than any entity designated under subsection (e) of this section, that hold at least two-thirds in amount of the allowed interests of such class held by holders of such interests, other than any entity designated under subsection (e) of this section, that have accepted or rejected such plan.

Bamby Express, Inc.
**NAME OF PLAN PROPONENT**

/s/ Richard G. Larsen
**BY: ATTORNEY OF PLAN PROPONENT**

Page 1 of 1