UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   24-13689 |
| Bamby Express, Inc., | ) | |
| | ) | Chapter:  11 |
| | ) | Honorable Timothy A. Barnes |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER CONFIRMING THE AMENDED CHAPTER 11 SUBCHAPTER V PLAN
AS CONSENSUAL PLAN PURSUANT TO 11 U.S.C. §1191(a)**

The hearing on the Chapter 11 Subchapter V Plan ("Plan") (docket # 51) by Bamby Express, Inc., was held on March 12, 2025 before the Honorable Timothy A. Barnes United States Bankruptcy Judge.  Unless otherwise noted, all capitalized terms in this Order shall have the meaning as set forth in the Plan.

After consideration of:

1. The Amended Small Business Subchaper V Plan (docket # 48);

2. The Certificate of Service (docket #49) regarding Order and Notice of Hearing on Confirmation of Plan (docket #47);

3.The proffer of Debtor's counsel, Richard G. Larsen and testimony at hearing of Dusan Cirkovic, owner and President of Debtor; and

4.The records and files in this Chapter 11 Case, including the Report of Balloting, (docket #58).

5. And the agreement of Debtor counsel and Debtor to defer payment of Debtor's attorney fees claim until payment in full of the fees of the Subchapter V trustee, and the consent of the Subchapter V trustee to payment under the plan.

And for the reasons set forth on the record at the hearing, this Court finding that all the requirements for confirmation have been established pursuant to 11 U.S.C. §1129  and 11 U.S.C. §1191 (a) and other applicable provisions of the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure, and good cause appearing;

IT IS HEREBY ORDERED, ADJUGED AND DECREED THAT:

1. The Debtor's Amended Plan (docket #48) is confirmed pursuant to 11 U.S.C. U.S.C. §1191 (a).

2. The payment of Debtor's attorney fees will be deferred until payment in full of Subchapter V trustee fees.

3. To the extent the Plan requires monthly payments those payments will be due on the 10th day

each month. The first monthly payment to the SBA will be due on April 10, 2025. When quarterly payments are required, those payments will be due on the last day of each quarter.

    4. Until all payments are made under the Plan, this Court shall retain jurisdiction over this case to ensure that the purposes and intent of the Plan are carried out. Without limiting the generality of the foregoing, this Court shall retain jurisdiction over this case as provided in the Plan.

    5. The transactions contemplated by the Plan, as implemented herein, are in compliance with and satisfy all applicable provisions of the Bankruptcy Code and the terms and conditions of the Plan approved by this Confirmation Order are fair and reasonable.

    6. The terms and provisions of this Confirmation Order and the Plan are binding in all respects upon the Debtor, the Estate, and each Creditor or Equity Interest holder whether or not the Claim of such Creditor is impaired under the Plan, and whether or not such Creditor has accepted the Plan and all others holding or asserting Claims or Interests.

    7. Pursuant to Bankruptcy Rules 2002(f)(7) and 3020(c)(2), the Plan Proponents are directed to serve notice of entry of this Order and notice of occurrence of the Effective Date upon all creditors and parties in interest no later than seven business days after the date of entry of this Order.

    8. This matter is continued for post-confirmation status to April 15, 2025 at 9:30 am, Courtroom 744.

Enter:

United States Bankruptcy Judge

Dated: March 13, 2025

**Prepared by:**

Richard G. Larsen
Springer Larsen, LLC
300 S. County Farm Rd., Ste. G
Wheaton, Ill. 60187
630-510-0000
rlarsen@springerbrown.com