IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| In re: | ) | Chapter: | 11 |
| | ) | | |
| | ) | Case No. | 24-13689 |
| Bamby Express, Inc. | ) | Judge: | Timothy A. Barnes |
| | ) | | |
| Debtor. | ) | | |

**FIRST AND FINAL APPLICATION FOR COUNSEL TO DEBTOR FOR ALLOWANCE
OF COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES**

**Cover Sheet for Application for Professional Compensation**

**Name of Applicant(s):** Richard G. Larsen, Esq. and the law firm of Springer Larsen, LLC

**Authorized to Provide Professional Services to:** **Debtor,** Bamby Express, Inc.,

**Date of Order Authorizing Employment: October 30, 2024**

**Period for which Compensation is sought:** September 17, 2024 – March 30, 2025

**Amount of Fees Sought:**               **$14,089.50**

**Amount of Expense Reimbursement Sought:**   **$1.787.62**

**This is an:    Interim Application __      Final Application  X  **

**If this is not the first application filed herein by this professional, disclosure as to all prior fee applications:**

| Date Filed | Period Covered | Total Requested | Total Allowed | Any Amount Withheld by Order |
|---|---|---|---|---|
| | | | | |

**The amount of fees and expenses paid to the Applicant to date for Service rendered and expenses incurred herein is: $N/A fees, $N/A expenses**

In re:   Bamby Express, Inc.,
         Chapter 11 Case No. 24-13689

Cover Sheet for Application for Professional Compensation by Debtor's Counsel
         (PAGE TWO of TWO)

**Professionals retained and represented as follows in this Application for Allowance of Compensation and Reimbursement of Expenses as Counsel to the Debtor:**

| Name of Professional | Hourly Rates | Hours of Service | Value of Service |
|---|---|---|---|
| Richard G. Larsen, Attorney (RGL) | $465.00 | 30.30 | $14,089.50 |
| | **TOTALS** | | |

DATE: March 21, 2025                     Respectfully Submitted,
                                         APPLICANT

                                         BY: Springer Larsen, LLC


                                         By:___/s/ Richard G. Larsen___
                                                 Richard G. Larsen
                                                 One of Its Attorneys


Richard G. Larsen
Springer Larsen, LLC
300 S. County Farm Rd., Ste. G
Wheaton, IL 60187
630-510-0000
rlarsen@springerbrown.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| In re: | ) | Chapter: | 11 |
| | ) | | |
| | ) | Case No. | 24-13689 |
| Bamby Express, Inc. | ) | Judge: | Timothy A. Barnes |
| | ) | | |
| Debtor. | ) | | |

## NOTICE OF MOTION FOR FIRST AND FINAL FEE APPLICATION OF COUNSEL FOR DEBTOR FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES

TO:    See attached Service List

PLEASE TAKE NOTICE THAT ON **April 15, 2025 at 10:00 a.m.,** I will appear before the **Honorable Judge Timothy A. Barnes,** or any Judge sitting in that judge's place, **either in courtroom 615 of the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, IL,** or **electronically** as described below, and present the attached *Motion for Fee Application of Counsel for Debtor For Allowance of Compensation and Reimbursement of Expenses,* a copy of which is attached.

**Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person.**

**To appear by video,** use this link: https//www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone,** call Zoom for Government at **1-669-254-5252** or **1-646-828-7666.** Then enter the meeting ID and password.

**Meeting ID and password.** The **meeting ID** for this hearing is **161 329 5276** and the password is **433658.** The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

*/s/ Richard G. Larsen /s/*
One of the Attorneys

Richard G. Larsen
Springer Larsen, LLC
300 S. County Farm Rd., Ste. G
Wheaton, IL 60187
rlarsen@springerbrown.com

## CERTIFICATE OF SERVICE

I, Richard G. Larsen,

[X]an attorney, certify

- or --

[ ] a non-attorney, declare under penalty of perjury under the laws of the United States of America.

that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method shown on **March 21, 2025**, at 5:30 p.m.


/s/Richard G. Larsen/s/

## SERVICE LIST

### *Via Electronic Service*

Acting United States Trustee
Adam Brief
Office of the U. S. Trustee, Region 11
219 South Dearborn
Room 873
Chicago, IL 60604

Ira Bodenstein
Cozen O'Connor
123 N. Wacker Drive
Suite 1800
Chicago, IL 60606
iratrustee@cozen.com

Karen V. Newbury
Office of the U.S. Trustee
219 S. Dearborn, Suite 873
Chicago, IL 60604
Karen.v.newbury@usdoj.gov

Sameena Nabijee
Illinois District Counsel
U.S. Small Business Administration
Sameena.nabijee@sba.gov

### *Via U.S. Mail*

Bamby Express, Inc.
1217 S Old Wilke Rd., Apt 409
Arlington Heights, IL 60005

American Express
PO Box 6031
Carol Stream, IL 60197-6031

Bank of America Visa
PO Box 851001
Dallas, TX 75285-1001

Dusan Cirkovic
1217 S Old Wilke Rd, Apt 409
Arlington Heights, IL 60005

Marriott Bonvoy
P.O. Box 15123
Wilmington, DE 19850

U.S. Small Business
Administration
2 North Street, Suite 320
Birmingham, AL 35203

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| In re: | ) | Chapter: | 11 |
| | ) | | |
| | ) | Case No. | 24-13689 |
| Bamby Express, Inc., | ) | Judge: | Timothy A. Barnes |
| | ) | | |
| Debtor. | ) | | |

**FIRST AND FINAL FEE APPLICATION OF COUNSEL FOR DEBTOR FOR
ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**

NOW COMES Richard G. Larsen and the firm of SPRINGER LARSEN, LLC, counsel

for the Debtor, pursuant to Section 330 and 331 of the Bankruptcy Code, 11 U. S. C. 101 et seq.

(the "Code"), and hereby applies to the Court for an order allowing interim compensation for

professional services rendered and reimbursement of expenses incurred during the period of May

1, 2024 through October 31, 2024. In support hereof, the Applicant states as follows:

**INTRODUCTION**

1.      On September 17, 2024, the Debtor filed its petition for relief under Chapter 11 of

the United States Bankruptcy Code (the "Code") pursuant to 11 U.S.C. §101 *et. seq.* Jerome

Kerkman is the duly acting Subchapter V trustee.

2.      On October 30, 2024, [Dkt. No. 27] the Debtor was authorized to employ Richard

G. Larsen and the firm of Springer Larsen, LLC, (hereinafter "Applicant") as its bankruptcy

counsel retroactive to the date of filing of the case with any compensation to be approved by the

Court upon application of the applicant.

3.      Applicant seeks herein allowance of final compensation and reimbursement of

expenses for the period of September 17, 2024 through Matrch 30, 2025 (the "Period") and is the

first and final application by counsel for the Debtor. Applicant has devoted **30.30** hours of legal

7

services during the Period at a normal hourly rate of $465/hour for the time of Richard G. Larsen. The Applicant requests compensation in the amount **$14,089.50** and reimbursement of ordinary and necessary expenses for the same period incurred in connection therewith in the amount of **$1,787.62.** A complete description of the services is attached as *Exhibit "A"*. A complete description of the expenses is attached as *Exhibit "B".*

4.      All services for which compensation is requested by your applicant were performed for or on behalf of said debtor in possession, and not on behalf of any committee, creditor or other person.

## SUMMARY OF SERVICES RENDERED

5.      The Applicant represented and advised the Debtor on various matters related to the bankruptcy during the period.  Applicant has identified and set forth five (5) categories of legal services.  Each category contains a narrative of the matter involved, a general description of the tasks performed, detailed time records in chronological order with Applicant's time described therein, and the results achieved or the benefit to the estate.  See In Re Wildman, 72 B.R. 700 (N.D.Ill, 1987); In Re Pettibone, 74 B.R. 293 (N.D. Ill., 1987); In Re Continental Illinois Securities Litigation, 962 F.2d 566 (7th Cir., 1992)  The following is a summary of the services rendered in five (5) categories of work as reflected on Exhibit A attached hereto.

**(a) Initial Case Review, and General Matters Concerning Operation of Debtor in Possession**

**Time expended 7.00 hours         Amount requested $3,255.00**

The Applicant consulted with the Debtor its difficulties in servicing the debt of the Small Business Administration and other creditors. Applicant reviewed all existing debt with debtor management and devised preliminary strategy to reorganize the debtor. This category also includes preparation of all schedules, handling day-to-day operational questions from the debtor, and attendance at IDI and 341 meetings.

8

**(b) Initial Motions Filed in Case Including Cash Collateral Hearings and Financing and Payment Issues**

**Time expended 7.60 hours         Amount requested $3,534.00**

The Applicant filed and appeared the initial motions in the case including the Motion to Be Continue Use of Existing Bank Accounts, Motion to use Cash Collateral, and other matters. Applicant was in constant contact with creditor attorneys and Subchapter V Trustee regarding all of the motions.

**(c) Review and Filing Monthly Operating Reports**

**Time expended 3.30 hours         Amount requested $1,534.50**

The Applicant assisted in the preparation of and reviewed and filed all monthly operating reports.

**(d) Preparation of Plan and Confirmation Issues**

**Time expended 10.60 hours         Amount Requested $4,929.00**

The Applicant took all necessary actions to timely file the debtor's plan of reorganization. Applicant prepared Debtor's amended plan after consultation with the Subchapter V trustee and creditor's attorneys and took all necessary action to confirm the amended plan and modifications thereto.

**(e) Employment of Professionals and Preparation of Fee Application for Applicant**

**Time expended 1.80 hours         Amount Requested $837.00**

This category includes Applicant's Motion to be Employed and Preparation of Applicant's Final Fee Application and this Interim Fee Application. Applicant spent 1 hour to prepare this application which complies with the guidelines established by this court in In Re Wildman, 72 B.R. 700 (N.D.Ill. 1987) and In Re Pettibone, 74 B.R. 293 (N.D. Ill., 1987). Applicant requests compensation for the preparation of this petition in accordance with In Re Nucorp Engery, Inc. 764 F.2d 655 (9th Cir.) which this district has adopted and which limits compensation for the preparation of a fee petition to 5% of the total to be requested which this application complies.

## EXPENSES

6.      During the Period, the Applicant incurred in expenses necessary to its representation of the Debtors.  The amount requested for expenses, which are summarized on *Exhibit "B"* is for actual and necessary expenses incurred.

## LEGAL STANDARD

7.      Section 330 of the Code governs the allowability of fees and expenses for professionals employed in a bankruptcy case.   Generally, professionals are entitled to (1) "reasonable compensation for actual, necessary services rendered…" and (2) "reimbursement for actual, necessary expenses." 11 U.S.C. Section 330.

8.      All of the services rendered by Applicant were performed by Richard G. Larsen, at the hourly rate of $465.00. Time records for such services are maintained on a contemporaneous basis, and are subsequently reviewed to eliminate apparently unproductive or insufficiently documented time charges.   Time is recorded on a tenth-of-an-hour basis. Therefore, the charges for which compensation is sought represent actually spent, "hard-core" time devoted to this case.

9.      The compensation rates charged by Applicant are comparable to those charged by other practitioners of similar standing, skill and experience in cases of equal complexity.

10.      The services rendered by Applicant were necessary services that have benefited this estate by providing funds to distribute to creditors and enabling the Debtor in Possession to perform his statutory duties. The expenses incurred by Applicant were necessary expenses that substantially contributed to the recovery of the funds now comprising the estate.

10

11.     Based upon the nature, extent and value of the services performed by Applicant and the cost of comparable services other than in a case under this Title, the reasonable compensation for such services is **$14,089.50.**

12.     Additionally, Applicant incurred expenses of **$1,787.62** during the Period.  This amount represents actual expenses incurred, which were necessary to the Applicant's representation of the Debtors.

13.     At all times while employed as attorney for the Debtor, Applicant was a disinterested person, neither representing nor holding an interest adverse to the interest of this estate with respect to the matters on which Applicant was employed.

14.     Debtor's counsel has sent over 21 days' notice of this application to all creditors and parties in interest.

WHEREFORE, Applicant prays that an allowance be made in the sum of **$14,089.50** on account as compensation for professional services rendered and for reimbursement for actual and necessary costs and expenses incurred in this proceeding in the amount of **$1,787.62.** After deducting the prepetition retainer of **$7,500.00** the sum of **$8,377.12** is payable as an administrative expense in this case upon the terms set forth in the confirmed plan, and granting such other and further relief as this court deems just and proper in this proceeding.

/s/ Richard G. Larsen
One of Its Attorneys

Richard G. Larsen
Springer Larsen, LLC
300 S. County Farm Rd., Ste. G
Wheaton, IL 60187
630-510-0000
rlarsen@springerbrown.com

11