Attorney Fees Exhibit A
Bamby Express, Inc 24-13689

| DATE | DESCRIPTION | ATTORNEY | TIME | AMOUNT |
|---|---|---|---|---|
| | **(a) Initial Case Review, and General Matters Concerning Operation of Debtor in Possession** | | | |
| 9/16/2024 | Prepare voluntary petition and schedules on behalf of Bamby Express. Prepare case for filing and prepare all attachments required to be filed with Subchapter V case. | RGL | 3.00 | $1,395.00 |
| 9/17/2024 | Make final corrections to petition and schedules and file the same with Bankruptcy Court. | RGL | 0.50 | $232.50 |
| 9/18/2024 | File attachments, corporate taxes, and profit and loss statement as required by 1106 of the Bankruptcy Code. | Richard | 0.20 | $93.00 |
| 9/25/2024 | Prepare and file amended schedule D | Richard | 0.20 | $93.00 |
| 10/2/2024 | Send email to Jennifer Toth and Ira Bodenstein re: continuing initial Debtor interview due to conflict. | Richard | 0.20 | $93.00 |
| 10/8/2024 | Read and respond to Ira Bodenstein's email re: items missing from budget. Discuss same with Bodenstein. | Richard | 0.20 | $93.00 |
| 10/8/2024 | Send proof of insurance to United States Trustee. | Richard | 0.20 | $93.00 |
| 10/10/2024 | Attend Initial Debtor Interview. | Richard | 1.50 | $697.50 |
| 10/16/2024 | Attendance at first meeting of creditors on behalf of debtor Bamby Express. | Richard | 1.00 | $465.00 |
| | | **TOTAL:** | **7.00** | **$3,255.00** |

| | **(b) Initial Motions Filed in Case Including Cash Collateral Hearings and Financing and Payment Issues** | | | |
|---|---|---|---|---|
| 9/18/2024 | Prepare notice of motion and motion to use cash collateral through Oct. 11, 2024. Review debtor budget and attach to motion. | Richard | 1.50 | $697.50 |
| 9/24/2024 | Email with counsel for Small Business Administration re: corrections to 1st Interim Cash Collateral. | Richard | 0.20 | $93.00 |
| 9/24/2024 | Make revisions to proposed cash collateral order per discussion with SBA attorneys. | Richard | 0.20 | $93.00 |
| 9/25/2024 | Court Appearance via zoom before Judge Barnes. Present motion for interim use of cash collateral. | Richard | 1.00 | $465.00 |
| 10/9/2024 | Prepare second interim cash collateral order for hearing today. | Richard | 0.30 | $139.50 |
| 10/16/2024 | Prepare motion to authorize debtor to maintain existing bank accounts. | Richard | 0.50 | $232.50 |
| 10/30/2024 | Court Appearance before Judge Barnes for entry of third interim order approving use of cash collateral. | Richard | 0.30 | $139.50 |
| 10/30/2024 | Court Appearance on motion to authorize use of bank accounts. | Richard | 0.30 | $139.50 |
| 11/20/2024 | Prepare notice of motion to set bar date for claims and prepare attached proposed order setting bar date. | Richard | 1.00 | $465.00 |
| 11/26/2024 | Prepare proposed order and budget for fourth interim order approving cash collateral and send to all counsel. | Richard | 0.30 | $139.50 |
| 11/27/2024 | Court Appearance before Judge Barnes for continued hearing on use of cash collateral. | Richard | 0.50 | $232.50 |
| 11/27/2024 | Court Appearance via zoom present motion to set bar date for claims. | Richard | 0.50 | $232.50 |
| 12/2/2024 | Prepare certificate of service and serve order and notice of bar date on all creditors. | Richard | 0.20 | $93.00 |
| 12/30/2024 | Court appearance on continued cash collateral. Enter fifth interim order approving use of cash collateral. | Richard | 0.50 | $232.50 |
| 2/26/2025 | Court Appearance on continued cash collateral status and enter seventh interim order. | Richard | 0.30 | $139.50 |
| | | **TOTAL:** | **7.60** | **$3,534.00** |

| | **(c) Review and Filing Monthly Operating Reports** | | | |
|---|---|---|---|---|
| 11/15/2024 | Prepare and file monthly operating reports for September 17 through September 30 and October 1 through October 31. | RGL | 1.00 | $465.00 |
| 12/16/2024 | Prepare monthly operating report for November and file. | Richard | 0.50 | $232.50 |

Attorney Fees- Exhibit A
Bamby Express, Inc 24-13689

| 1/28/2025 | Prepare and file December monthly operating report. | Richard | 1.00 | $465.00 |
|---|---|---|---|---|
| 2/28/2025 | Receipt and review email from US Trustee Auditor Jennifer Toth regarding issues with monthly operating reports. Telephone conference with debtor regarding fixing those issues. | Richard | 0.30 | $139.50 |
| 3/5/2025 | Prepare amended monthly operating report for October per Jennifer Toth letter, and prepare and file January operating report. | Richard | 0.50 | $232.50 |
| | | **TOTAL:** | **3.30** | **$1,534.50** |

| (d) Preparation of Plan and Confirmation Issues | | | | |
|---|---|---|---|---|
| 12/2/2024 | Preparation of Subchapter V plan of reorganization for Bamby Express, Inc. | RGL | 3.00 | $1,395.00 |
| 12/4/2024 | Review initial draft of plan with client and make appropriate revisions. | RGL | 1.00 | $465.00 |
| 12/5/2024 | Conference with Dusan Cirkovic reviewing plan and preparing projections of income and expenses to be attached to the plan. | RGL | 1.00 | $465.00 |
| 12/9/2024 | Compose letter to Ira Bodenstein with copy of draft of proposed plan for Debtor and provide explanation of plan and feasibility. | RGL | 0.50 | $232.50 |
| 12/13/2024 | Make final revisions to Chap. 11 small business plan. Adjust projections where required and file plan and attachments with court. | Richard | 1.00 | $465.00 |
| 1/29/2025 | Court Appearance on case status. Set deadlines for confirmation hearing, ballots, and objections to plan. Prepare and send order scheduling plan confirmation and objections. | Richard | 1.00 | $465.00 |
| 1/29/2025 | Read and respond to Karen Newbury re: issues with the current plan. | Richard | 0.20 | $93.00 |
| 2/3/2025 | Prepare amended chap. 11 plan per discussions with Karen Newberry and Ira Bodenstein. File amended plan with court | Richard | 0.50 | $232.50 |
| 3/6/2025 | Prepare ballot report and file. | Richard | 1.00 | $465.00 |
| 3/12/2025 | Prepare confirmation order. | Richard | 0.40 | $186.00 |
| 3/12/2025 | Attend confirmation hearing before Judge Barnes. Confirmation of the plan approved. | Richard | 1.00 | $465.00 |
| | | **TOTAL:** | **10.60** | **$4,929.00** |

| (e)Employment of Professionals and Preparation of Fee Application for Applicant | | | | |
|---|---|---|---|---|
| 10/16/2024 | Prepare notice of motion and application to employ our law firm as attorneys for debtor. | Richard | 0.50 | $232.50 |
| 10/30/2024 | Court Appearance on motion to employ counsel. | Richard | 0.30 | $139.50 |
| 3/17/2024 | Prepare Application for allowance of compensation and reimbursement of fees | RGL | 1.00 | $465.00 |
| | | **TOTAL:** | **1.80** | **$837.00** |

| | **TOTAL:** | **30.30** | **$14,089.50** |
|---|---|---|---|