Bamby Express, Inc. 24-13689

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 9/17/2024 | Filling Fee for Chapter 11 Subchapter V. | $1,738.00 |
| 10/16/2024 | Postage @ $0.97 per envelope x 6 recipients for Notice of Motion and Motion to Employ SL. Notice of Motion and Motion to Authorize Debtor to Maintain Existing Bank Accounts. | $5.82 |
| 10/16/2024 | Copying cost @ $0.10 per page x 7 pages Postage @ $0.97 per envelope x 6 recipients for Notice of Motion and Motion to Employ SL. Notice of Motion and Motion to Authorize Debtor to Maintain Existing Bank Accounts. | $4.20 |
| 11/20/2024 | Copying cost $.10 x 3 pages x 6 recipients for Motion to Set Bar Date for Proofs of Claim | $1.80 |
| 11/20/2024 | Postage $.69 per envelope x 6 recipients for Motion to Set Bar Date for Proofs of Claim | $4.14 |
| 12/2/2024 | Copying cost @ $0.10 per page x 2 pages x 6 recipients for Order and Notice Setting Tine to File Claims. | $1.20 |
| 12/2/2024 | Postage @ $0.69 per envelope x 6 recipients for Order and Notice Setting Tine to File Claims. | $4.14 |

Bamby Express, Inc. 24-13689

| | | |
|---|---|---|
| 2/4/2025 | Postage @ 2.04 per envelope x 8 recipients for Order Setting Deadlines and Confirmation Hearing Date, Debtor's Amended Plan, and Ballot. | $16.32 |
| 2/4/2025 | Copying cost @ $01.0 per page x 15 pages  x 8 recipients for Order Setting Deadlines and Confirmation Hearing Date, Debtor's Amended Plan, and Ballot. | $12.00 |
| | **TOTAL:** | **$1,787.62** |