UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 24bk13689 |
| | ) | |
| Bamby Express, Inc., | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Judge Timothy A. Barnes |
| | ) | |

FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER
AWARDING TO SPRINGER LARSEN, LLC, ATTORNEYS FOR THE DEBTOR, FOR
ALLOWANCE AND PAYMENT OF <u>FINAL</u> COMPENSATION AND REIMBURSEMENT
OF EXPENSES

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $ 14,089.50 | TOTAL COSTS REQUESTED: | $ 1,787.62 |
| TOTAL FEES REDUCED: | $ 1,594.95 | TOTAL COSTS REDUCED: | $ 0.00 |
| TOTAL FEES ALLOWED: | $ 12,494.55 | TOTAL COSTS ALLOWED: | $ 1,787.62 |

TOTAL FEES AND COSTS ALLOWED: $14,282.17

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

(1)      <u>Unauthorized Work – TOTAL of disallowed amounts $ 1,395.00</u>

The Court denies the allowance of compensation for work done prior to the authorization of retention. *In re Spanjer Bros., Inc.*, 203 B.R. 85, 94 (Bankr. N.D. Ill. 1996) (Squires, J.) ("The Court will not retrospectively allow any of the time expended prior to the time of the authorized retention because to do so would be to reward any delay or tardiness in promptly seeking retention. To allow bootstrapping of objected to fees paid at the expense of unsecured creditors undermines the policy in favor of prompt application for retention by professionals who will be seeking compensation from the bankruptcy estate. *See generally* 11 U.S.C. § 327 (prerequisite to the allowance of any fees or expenses that professional be employed); *In re Peoples Sav. Corp.*, 114 B.R. 151, 154 (Bankr. N.D. Ill. 1990) ('In the absence of a court order approving the Applicant's employment, there is no statutory basis upon which the Court can make a fee award.')").

(2)      <u>Lumping – TOTAL of disallowed amounts (10% of affected entries): $ 199.95</u>

The Court may impose a ten percent penalty on entries that appear to be "lumping." The Court will reduce each entry marked as such per the penalty. *In re Wildman*, 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) ("Applicants may not circumvent the minimum time requirement or

any of the requirements of detail by "lumping" a bunch of activities into a single entry.  [citation omitted].  Each type of service should be listed with the corresponding specific time allotment.").

Dated: April 15, 2025

Timothy A. Barnes, Judge
United States Bankruptcy Court

Attorney Fees-Exhibit
Bamby Express, Inc 24-13689

| DATE | DESCRIPTION | ATTORNEY | TIME | AMOUNT |
|---|---|---|---|---|
| | **(a) Initial Case Review, and General Matters Concerning Operation of Debtor in Possession** | | | |
| 9/16/2024 | Prepare voluntary petition and schedules on behalf of Bamby Express. Prepare case for filing and prepare all attachments required to be filed with Subchapter V case. | RGL | 3.00 | $1,395.00 |
| 9/17/2024 | Make final corrections to petition and schedules and file the same with Bankruptcy Court. | RGL | 0.50 | $232.50 |
| 9/18/2024 | File attachments, corporate taxes, and profit and loss statement as required by 1106 of the Bankruptcy Code. | Richard | 0.20 | $93.00 |
| 9/25/2024 | Prepare and file amended schedule D | Richard | 0.20 | $93.00 |
| 10/2/2024 | Send email to Jennifer Toth and Ira Bodenstein re: continuing initial Debtor interview due to conflict. | Richard | 0.20 | $93.00 |
| 10/8/2024 | Read and respond to Ira Bodenstein's email re: items missing from budget. Discuss same with Bodenstein. | Richard | 0.20 | $93.00 |
| 10/8/2024 | Send proof of insurance to United States Trustee. | Richard | 0.20 | $93.00 |
| 10/10/2024 | Attend Initial Debtor Interview. | Richard | 1.50 | $697.50 |
| 10/16/2024 | Attendance at first meeting of creditors on behalf of debtor Bamby Express. | Richard | 1.00 | $465.00 |
| | | **TOTAL:** | **7.00** | **$3,255.00** |

| DATE | DESCRIPTION | ATTORNEY | TIME | AMOUNT |
|---|---|---|---|---|
| | **(b) Initial Motions Filed in Case Including Cash Collateral Hearings and Financing and Payment Issues** | | | |
| 9/18/2024 | Prepare notice of motion and motion to use cash collateral through Oct. 11, 2024. Review debtor budget and attach to motion. | Richard | 1.50 | $697.50 |
| 9/24/2024 | Email with counsel for Small Business Administration re: corrections to 1st Interim Cash Collateral. | Richard | 0.20 | $93.00 |
| 9/24/2024 | Make revisions to proposed cash collateral order per discussion with SBA attorneys. | Richard | 0.20 | $93.00 |
| 9/25/2024 | Court Appearance via zoom before Judge Barnes. Present motion for interim use of cash collateral. | Richard | 1.00 | $465.00 |
| 10/9/2024 | Prepare second interim cash collateral order for hearing today. | Richard | 0.30 | $139.50 |
| 10/16/2024 | Prepare motion to authorize debtor to maintain existing bank accounts. | Richard | 0.50 | $232.50 |
| 10/30/2024 | Court Appearance before Judge Barnes for entry of third interim order approving use of cash collateral. | Richard | 0.30 | $139.50 |
| 10/30/2024 | Court Appearance on motion to authorize use of bank accounts. | Richard | 0.30 | $139.50 |
| 11/20/2024 | Prepare notice of motion to set bar date for claims and prepare attached proposed order setting bar date. | Richard | 1.00 | $465.00 |
| 11/26/2024 | Prepare proposed order and budget for fourth interim order approving cash collateral and send to all counsel. | Richard | 0.30 | $139.50 |
| 11/27/2024 | Court Appearance before Judge Barnes for continued hearing on use of cash collateral. | Richard | 0.50 | $232.50 |
| 11/27/2024 | Court Appearance via zoom present motion to set bar date for claims. | Richard | 0.50 | $232.50 |
| 12/2/2024 | Prepare certificate of service and serve order and notice of bar date on all creditors. | Richard | 0.20 | $93.00 |
| 12/30/2024 | Court appearance on continued cash collateral. Enter fifth interim order approving use of cash collateral. | Richard | 0.50 | $232.50 |
| 2/26/2025 | Court Appearance on continued cash collateral status and enter seventh interim order. | Richard | 0.30 | $139.50 |
| | | **TOTAL:** | **7.60** | **$3,534.00** |

| DATE | DESCRIPTION | ATTORNEY | TIME | AMOUNT |
|---|---|---|---|---|
| | **(c) Review and Filing Monthly Operating Reports** | | | |
| 11/15/2024 | Prepare and file monthly operating reports for September 17 through September 30 and October 1 through October 31. | RGL | 1.00 | $465.00 |
| 12/16/2024 | Prepare monthly operating report for November and file. | Richard | 0.50 | $232.50 |

Attorney Fees-Exhibit A
Bamby Express, Inc 24-13689

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 1/28/2025 | Prepare and file December monthly operating report. | Richard | 1.00 | $465.00 |
| 2/28/2025 | Receipt and review email from US Trustee Auditor Jennifer Toth regarding issues with monthly operating reports. Telephone conference with debtor regarding fixing those issues. | Richard | 0.30 | $139.50 |
| 3/5/2025 | Prepare amended monthly operating report for October per Jennifer Toth letter, and prepare and file January operating report. | Richard | 0.50 | $232.50 |
| | **TOTAL:** | | **3.30** | **$1,534.50** |

| (d) Preparation of Plan and Confirmation Issues | | | | |
|---|---|---|---|---|
| 12/2/2024 | Preparation of Subchapter V plan of reorganization for Bamby Express, Inc. | RGL | 3.00 | $1,395.00 |
| 12/4/2024 | Review initial draft of plan with client and make appropriate revisions. | RGL | 1.00 | $465.00 |
| 12/5/2024 | Conference with Dusan Cirkovic reviewing plan and preparing projections of income and expenses to be attached to the plan. | RGL | 1.00 | $465.00 |
| 12/9/2024 | Compose letter to Ira Bodenstein with copy of draft of proposed plan for Debtor and provide explanation of plan and feasibility. | RGL | 0.50 | $232.50 |
| 12/13/2024 | Make final revisions to Chap. 11 small business plan. Adjust projections where required and file plan and attachments with court. | Richard | 1.00 | $465.00 |
| 1/29/2025 | Court Appearance on case status. Set deadlines for confirmation hearing, ballots, and objections to plan. Prepare and send order scheduling plan confirmation and objections. | Richard | 1.00 | $465.00 |
| 1/29/2025 | Read and respond to Karen Newbury re: issues with the current plan. | Richard | 0.20 | $93.00 |
| 2/3/2025 | Prepare amended chap. 11 plan per discussions with Karen Newberry and Ira Bodenstein. File amended plan with court | Richard | 0.50 | $232.50 |
| 3/6/2025 | Prepare ballot report and file. | Richard | 1.00 | $465.00 |
| 3/12/2025 | Prepare confirmation order. | Richard | 0.40 | $186.00 |
| 3/12/2025 | Attend confirmation hearing before Judge Barnes. Confirmation of the plan approved. | Richard | 1.00 | $465.00 |
| | **TOTAL:** | | **10.60** | **$4,929.00** |

| (e)Employment of Professionals and Preparation of Fee Application for Applicant | | | | |
|---|---|---|---|---|
| 10/16/2024 | Prepare notice of motion and application to employ our law firm as attorneys for debtor. | Richard | 0.50 | $232.50 |
| 10/30/2024 | Court Appearance on motion to employ counsel. | Richard | 0.30 | $139.50 |
| 3/17/2024 | Prepare Application for allowance of compensation and reimbursement of fees | RGL | 1.00 | $465.00 |
| | **TOTAL:** | | **1.80** | **$837.00** |

| | **TOTAL:** | | **30.30** | **$14,089.50** |