UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 24-13689
BAMBY EXPRESS, INC., )
) Chapter: 11
) Honorable Timothy Barnes
)
)
Debtor(s) )

### ORDER APPROVING FINAL APPLICATION OF IRA BODENSTEIN, SUBCHAPTER V TRUSTEE, FOR THE ALLOWANCE AND PAYMENT OF COMPENSATION, REIMBURSEMNT OF EXPENSES, AND RELATED RELIEF

This matter coming before the Court on consideration of the Final Application (the "Application") of Ira Bodenstein, as Subchapter V Trustee, requesting the entry of an order pursuant to 11 U.S.C. §§ 330 and 331, Rules 2002(a)(6), (i), 2016(a), 9006 (c)(1) and 9007 of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule 5082-1 for the allowance of $8,000.00 in compensation for 16 hours of services rendered in the above-captioned case for the period beginning September 25, 2024, to and including April 30, 2025 ("Application Period"); the Court having jurisdiction to hear and determine the Application; it appearing that there is good cause to grant the relief requested; there being no objection to the requested relief,

(i) The Application is granted as set forth herein. The Court awards, approves and allows payment of fees to Ira Bodenstein on a final basis for the Application Period in the amount of $8,000.00 (the "Fees");

(ii) The Debtor is authorized to pay the Sub V Trustee the unpaid amount of $2,650.00 for the period March 1, 2025, to and including April 30, 2025; and

(iii) Notice of the Application as provided for therein is sufficient.

Enter:

Timothy A. Barnes
United States Bankruptcy Judge

Dated: May 13, 2025

**Prepared by:**

Ira Bodenstein
Cozen O'Connor
123 N. Wacker Dr, Suite 1800
Chicago, IL 60606
Tel: (312) 474-1647
ibodenstein@cozen.com